**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **NETWORK-1 SECURITY SOLUTIONS, INC.** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CASE NO. 6:08 CV 30** |
| **vs.** | § | **PATENT CASE** |
| | § | |
| **CISCO SYSTEMS, INC., ET AL** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

**ORDER**

In accordance with the status conference held May 8, 2008, this case is set for *Markman* hearing on December 3, 2009 at 9:30 a.m., pretrial hearing on June 17, 2010 at 9:00 a.m., jury selection on July 6, 2010 at 9 a.m., and jury trial on July 12, 2010 at 9 a.m.

The parties are to submit agreed Docket Control and Discovery Orders to the Court by May 22, 2008.[1]   If the parties are unable to resolve their disagreements concerning these orders, the parties shall submit to the Court their competing proposals along with a summary of their disagreements.  For purposes of computing the time deadlines under the local patent rules, the Court deems May 22, 2008 as the effective Rule 16 Initial Case Management Conference date, and thus Plaintiff's P.R. 3-1 and 3-2 disclosures will be due May 14, 2008 in accordance with recent changes

---

[1] The Court's standard Docket Control Order and Discovery Order are available on the Court's website at http://www.txed.uscourts.gov/Judges/Davis/Orders&Forms.htm.  *The Docket Control Order was revised on February 4, 2008.*

to the Local Rules.

**So ORDERED and SIGNED this 14th day of May, 2008.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**