IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| NETWORK-1 SECURITY SOLUTIONS, INC., | |
|---|---|
| Plaintiff, | Civil Action No. 6:08-CV-030 (LED) |
| vs. | JURY DEMANDED |
| CISCO SYSTEMS, INC., ET AL, | |
| Defendants. | |

# ORDER

Before the Court is the parties' Joint Motion to Extend Certain Deadlines. Having considered the matter, the Court GRANTS the Motion and extends the deadlines as follows:

| Event | New Deadline |
|---|---|
| Comply with P.R. 3-3 - Invalidity Contentions due. Thereafter, it is necessary to obtain leave of Court to add and/or amend invalidity contentions, pursuant to Patent Rule 3-6. | November 13, 2008 |
| Add any inequitable conduct allegations to pleadings. It is not necessary to file a motion for leave to add inequitable conduct allegations to pleadings prior to this date. Thereafter, it is necessary to obtain leave of Court to add inequitable conduct allegations to pleadings. | November 13, 2008 |

| Event | New Deadline |
|---|---|
| 2. Additional Disclosures. Each party shall provide to every other party the following information:<br><br>B. to the extent that any party pleads a claim for relief or defensive matter other than those addressed in the Patent Rules1, by September 30, 2008, and without awaiting a discovery request, a copy of all documents, data compilations and tangible things in the possession, custody, or control of the party that are relevant to those additionally pleaded claims or defenses involved in this action. By written agreement of all parties, alternative forms of disclosure may be provided in lieu of paper copies. For example, the parties may agree to exchange images of documents electronically or by means of computer disk; or the parties may agree to review and copy disclosure materials at the offices of the attorneys representing the parties instead of requiring each side to furnish paper copies of the disclosure materials; and<br><br>C. by September 30, 2008, a complete computation of any category of damages claimed by any party to the action, making available for inspection and copying (See Local Rule CV-34), the documents or other evidentiary materials on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and those documents and authorizations described in Local Rule CV-34. | November 13, 2008 |

**So ORDERED and SIGNED this 23rd day of September, 2008.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**