**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation,<br><br>    Defendants. | Case No. 6:08-CV-030 (LED)<br><br>JURY DEMANDED |

**ORDER**

CAME FOR CONSIDERATION the Joint Motion Regarding Briefing Schedule for Claim Construction Briefing and Motion for Summary Judgment of Indefiniteness. After consideration, the Court finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the following deadlines shall apply:

| | |
|---|---|
| October 7, 2009 | Defendants' Responsive Claim Construction Brief pursuant to P.R. 4-5(b) |
| October 7, 2009 | Motion for Summary Judgment of Indefiniteness |
| October 28, 2009 | Plaintiff's Reply Claim Construction Brief pursuant to P.R. 4-5(c) |

October 28, 2009        Response to Motion for Summary Judgment of
                        Indefiniteness

November 18, 2009    Reply to Motion for Summary Judgment of Indefiniteness

**So ORDERED and SIGNED this 6th day of October, 2009.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**