IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CISCO SYSTEMS, INC., et al, <br><br> Defendants. | CASE NO. 6:08-CV-030-LED <br><br> **JURY DEMANDED** |

# ORDER

Before the Court is Plaintiff Network-1's Motion to Compel Interrogatory Responses and Deposition Testimony from Defendants providing the basis for their non-infringement defenses. Having read and considered the moving and opposition papers and the evidence submitted in support thereof, the Court now **GRANTS** Plaintiff's motion and **ORDERS** each of Defendants Cisco Systems, Inc.; Cisco-Linksys, L.L.C.; Extreme Networks, Inc.; Enterasys Networks, Inc.; 3Com Corporation; Foundry Networks, Inc.; and Adtran, Inc. to:

1. Provide full and complete responses to Plaintiff's interrogatory no. 1 within 11 days; and

2. Produce a witness for Network-1's 30(b)(6) deposition topics 3-6 and 48 within 11 days.