IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| NETWORK-1 SECURITY SOLUTIONS, INC., | CASE NO. 6:08-CV-030-LED |
|---|---|
| Plaintiff, | **JURY DEMANDED** |
| vs. | |
| CISCO SYSTEMS, INC., et al, | |
| Defendants. | |

## ORDER

Before the Court is Plaintiff Network-1's Unopposed Motion to Shorten Briefing Schedule for Plaintiff's Motion to Compel Interrogatory Responses and Deposition Testimony from Defendants providing the basis for their non-infringement defenses. Having read and considered the moving papers, and good cause appearing, the Court now **GRANTS** Plaintiff's motion and **ORDERS** that the remaining briefing on the motion be filed in accordance with the following deadlines:

| Event | Deadline for filing |
|---|---|
| Defendants file opposition brief | November 25, 2009 |
| Plaintiff files reply brief | December 2, 2009 |
| Defendants file sur-reply brief | December 7, 2009 |

**So ORDERED and SIGNED this 17th day of November, 2009.**

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**