UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation,<br><br>        Defendants. | Case No. 6:08-cv-030-LED<br><br>**JURY DEMANDED** |

## ORDER PLAINTIFF'S MOTION TO COMPEL

This matter comes before this Court on Plaintiff's Motion to Compel. Having considered the briefs and factual support submitted by the parties, the Court hereby **DENIES** Plaintiff's Motion to Compel.

    **IT IS SO ORDERED.**