IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., | § § § § § § § § § § § | Case No. 6:08-cv-030-LED |
| Plaintiff, | | JURY TRIAL DEMANDED |
| v. | | |
| CISCO SYSTEMS, INC., et al., | | |
| Defendants. | | |

**NOTICE OF CORRECTION**

Defendants Cisco Systems, Inc. and Cisco-Linksys, L.L.C. (collectively hereinafter "Cisco") hereby file this notice correcting a case law citation found on page 8, section II, paragraph 1 of Defendants' Response in Opposition to Plaintiff's Motion to Compel. The case law citation should read as follows:

*McCormick-Morgan, Inc. v. Teledyne Industries, Inc*., 134 F.R.D. 275, 286 (N.D. Cal.)**,** overruled on other grounds, 765 F. Supp. 611 (N.D. Cal. 1991).

Dated: November 30, 2009

Respectfully submitted,

/s/ Eric H. Findlay
Eric H. Findlay
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
Tel. No. (903) 534-1100
Fax No. (903) 534-1137
E-mail: efindlay@findlaycraft.com

William F. Lee – Lead Attorney
(Massachusetts SBN 291960)
(admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP

60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
william.lee@wilmerhale.com

Mark Selwyn (California SBN 244180)
(admitted *pro hac vice*)
William J. Bohler (California SBN 141970)
Niki Z. Moore (California SBN 244968)
(admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Tel: (650) 858-6000
Fax: (650) 858-6100
mark.selwyn@wilmerhale.com
william.bohler@wilmerhale.com
niki.moore@wilmerhale.com

**ATTORNEYS FOR DEFENDANTS CISCO SYSTEMS, INC. AND CISCO-LINKSYS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2009, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Eric H. Findlay
ERIC H. FINDLAY