UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br>    Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation,<br>    Defendants. | Case No.: 6:08-CV-030 – (LED)<br>Jury Trial Demanded |

**ORDER GRANTING**
**JOINT MOTION TO EXTEND DEADLINE FOR MEDIATION AS SET OUT IN**
**DOCKET CONTROL ORDER #97 ENTERED JUNE 17, 2008 AND ORDER #210**
**ENTERED OCTOBER 28, 2009**

  CAME ON FOR CONSIDERATION the parties' Joint Motion to Extend Deadline for Mediation and the Court having considered same, finds the Motion should be GRANTED. It is therefore,

  ORDERED that the deadline to complete mediation is extended to **January 7, 2010.**

  **So ORDERED and SIGNED this 1st day of December, 2009.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**