IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC. | § § § § | |
| Plaintiff, | § § | CASE NO. 6:08CV30 |
| vs. | § § | |
| CISCO SYSTEMS, INC., ET AL | § § | |
| Defendants. | § | |

## ORDER

Previously, the Court appointed Michael McLemore technical consultant to the Court in this action with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. The Court has received Mr. McLemore's invoice for services through December 4, 2009 in the amount of $29,400.00 and hereby **ORDERS** payment to be promptly made as follows:

| | |
|---|---|
| Plaintiff: | $14,700.00 |
| Defendant: | $14,700.00 |
| TOTAL: | $29,400.00 |

**So ORDERED and SIGNED this 7th day of December, 2009.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**