IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br> v.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation, EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation;<br><br>    Defendants. | Case No. 6:08cv030 |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Robert F. Kramer, a member of the bar of this Court, enters his appearance in the above-captioned action as counsel for Defendant, FOUNDRY NETWORKS, LLC, and respectfully requests service of pleadings and other papers filed in this action and any orders and notices from this Court:

    Robert F. Kramer
    California State Bar No. 181706
    HOWREY LLP
    525 Market Street, Suite 3600
    San Francisco, CA 94105
    Telephone: (415) 848-4900
    Facsimile: (415) 848-4999
    Email: kramerR@howrey.com

DATED:  December 21, 2009        Respectfully submitted,


                                 By:  */s/ Robert F. Kramer*
                                 Henry Bunsow  (*Lead Attorney*)
                                 California State Bar No. 60707
                                 K. T. Cherian
                                 California State Bar No. 133967
                                 Robert F. Kramer
                                 California State Bar No. 181706
                                 Subroto Bose
                                 California State Bar No. 230339
                                 HOWREY LLP
                                 525 Market Street, Suite 3600
                                 San Francisco, California 94105
                                 Telephone: (415) 848-4900
                                 Facsimile: (415) 848-4999
                                 Email: bunsowh@howrey.com
                                 Email: cheriank@howrey.com
                                 Email: KramerR@howrey.com
                                 Email: boses@howrey.com

                                 Attorneys for Defendant
                                 FOUNDRY NETWORKS, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 21, 2009.

*/s/ Robert F. Kramer*
Robert F. Kramer
Attorney for Foundry Networks, LLC