IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC.; CISCO-LINKSYS, L.L.C.; ADTRAN, INC.; ENTERASYS NETWORKS, INC.; EXTREME NETWORKS, INC.; FOUNDRY NETWORKS, INC.; NETGEAR, INC.; 3COM CORPORATION;<br><br>Defendants. | Case No. 6:08-cv-030-LED<br><br>(Jury Trial Demanded) |

## **ORDER**

On this day came on to be considered the parties' Joint Motion to Extend Certain Discovery Deadlines, and the Court being of the opinion that the same should be GRANTED in part, it is therefore,

ORDERED, ADJUDGED and DECREED that the Joint Motion to Extend be granted in part and that the Court's June 16, 2008 Docket Control Order is amended as follows:

| | |
|---|---|
| Comply with P.R.3-7 - Furnishing documents and privilege logs pertaining to willful infringement. | February 12, 2010 |
| Parties with burden of proof designate expert witnesses (non-construction issues). Expert witness reports due. Refer to Local Rules for required information. | February 12, 2010 |
| Parties designate rebuttal expert witnesses (non-construction issues), Rebuttal expert witness reports due. Refer to Local Rules for required information. | March 15, 2010 |

| | |
|---|---|
| **Discovery Deadline.** | April 8, 2010 |
| Parties to Identify Trial Witnesses; Amend Pleadings (after *Markman* Hearing). It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings. It is necessary to file a Motion for Leave to Amend after the deadline. However, except as provided in Patent Rule 3-6, if the amendment would effect infringement contentions or invalidity contentions, a motion must be made pursuant to Patent Rule 3-6 irrespective of whether the amendment is made prior to this deadline. | April 22, 2010 |
| Parties to Identify Rebuttal Trial Witnesses. | May 3, 2010 |
| **Dispositive Motions due from all parties and any other motions that may require a hearing (including *Daubert* motions) due.** Motions shall comply with Local Rule CV-56 and Local Rule CV-7. Motions to extend page limits will only be granted in exceptional circumstances. | April 30, 2010 |
| **Response to Dispositive Motions (including *Daubert* motions) due.** Responses to dispositive motions filed prior to the dispositive motion deadline, including *Daubert* motions, shall be due in accordance with Local Rule CV-56 and Local Rule CV-7. Motions to extend page limits will only be granted in exceptional circumstances. | May 28, 2010 |

**So ORDERED and SIGNED this 22nd day of December, 2009.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**