IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC. | § § § § § | |
| Plaintiff, | | |
| v. | § § | Civil Action No. 6:08-CV-00030-LED |
| CISCO SYSTEMS, INC., ET AL | § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## NOTICE OF FIRST AMENDED DISCLOSURE OF DEFENDANT ENTERASYS NETWORKS, INC.

COMES NOW, ENTERASYS NETWORKS, INC., and hereby notifies the Court that it has served its first amended disclosure in accordance with paragraph 2 of the Discovery Order in this case, the Court's Order granting the parties' Joint Motion to Extend Certain Deadlines dated September 23, 2008, and as required by the Local Rules of the United States District Court for the Eastern District of Texas.

DATED:   December 23, 2009

Respectfully submitted,

WILSON, ROBERTSON & CORNELIUS, P.C.
P.O. Box 7339
Tyler, Texas 75711-7339
Telephone: 903/509-5000
Facsimile: 903/509-5091
wc@wilsonlawfirm.com

By:   /s/ William Cornelius
WILLIAM CORNELIUS
State Bar No. 04834700

ATTORNEYS FOR DEFENDANT
ENTERASYS NETWORKS, INC.

OF COUNSEL:

Richard C. Vasquez
RVasquez@vbllaw.com
Jeffrey T. Lindgren
JLindgren@vbllaw.com
Eric W. Benisek
EBenisek@vbllaw.com
Craig E. Davis
CDavis@vbllaw.com
Stephen C. Steinberg
SSteinberg@vbllaw.com
Avin P. Sharma
ASharma@vbllaw.com
VASQUEZ BENISEK & LINDGREN LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549
Telephone: (925) 627-4250
Facsimile: (925) 403-0900

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 23, 2009.

                                                        */s/ William Cornelius*
                                                        WILLIAM CORNELIUS