UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br><br>Plaintiff<br><br>vs.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation;<br><br>Defendants | CASE NO. 6:08cv030-LED |

## MEDIATOR'S REPORT

Pursuant to the Court's order mediation was conducted on January 7, 2010. All appropriate parties appears and participated. We have suspended the mediation session and I will continue to work with the parties in an effort to settle.

## CERTIFICATE OF SERVICE

The mediator's report was served electronically in compliance with Local Rule CV-5-(a) upon all known counsel of record via the Court's CM/ECF system, on the 12th day of January, 2010.

_____
Thomas F. Smegal, Mediator
8361697
01\110