IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC.; CISCO-LINKSYS, L.L.C.; ADTRAN, INC.; ENTERASYS NETWORKS, INC.; EXTREME NETWORKS, INC.; FOUNDRY NETWORKS, INC.; NETGEAR, INC.; 3COM CORPORATION;<br><br>Defendants. | Case No. 6:08cv030-LED<br><br>(Jury Trial Demanded) |

**ORDER**

On this day came on to be considered the parties' Joint Motion to Extend Certain Deadlines, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Joint Motion to Extend be granted and that the Court's December 22, 2009 Docket Control Order, as amended by the Court's Order (Docket No. 237) dated December 22, 2009, be amended as follows:

| | |
|---|---|
| Comply with P.R.3-7 - Furnishing documents and privilege logs pertaining to willful infringement. | March 8, 2010 |
| Parties with burden of proof designate expert witnesses (non-construction issues). Expert witness reports due. Refer to Local Rules for | |

| | |
|---|---|
| required information. | March 1, 2010 |
| Parties designate rebuttal expert witnesses (non-construction issues), Rebuttal expert witness reports due. Refer to Local Rules for required information. | April 2, 2010 |
| **Discovery Deadline** | April 29, 2010 |

**So ORDERED and SIGNED this 1st day of February, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**