# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,

        Plaintiff,

vs.

CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation,

        Defendants.

CASE NO. 6:08-cv-030-LED

## EXTREME'S NOTICE OF SUBMISSION OF *MARKMAN* DEMONSTRATIVES

Please take notice that Extreme Networks, Inc., a defendant in the above-styled and numbered cause, hereby files the demonstratives used by the Defendants at the December 3, 2009 *Markman* Hearing.

Dated: February 4, 2010

JONES DAY

By: /s/ Behrooz Shariati
    Behrooz Shariati
    bshariati@jonesday.com
    1755 Embarcadero Road
    Palo Alto, CA 94303
    Telephone: (650) 739-3939
ATTORNEYS FOR DEFENDANT
EXTREME NETWORKS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 4th day of February, 2010.

.

/s/ Behrooz Shariati_____
Behrooz Shariati