IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation;<br><br>               Defendants. | CASE NO. 6:08cv030-LED<br><br>**JURY DEMANDED** |

## **AMENDMENT TO PROTECTIVE ORDER**

The Court, having read the unopposed motion of Plaintiff Network-1 Security Solutions, Inc. to amend the Protective Order (dkt. # 107) entered in this case to address certain issues concerning the production of materials by third parties, and good cause appearing, hereby GRANTS the motion and ORDERS as follows:

1. The terms "producing party" and "disclosing party" (whether capitalized or not) shall be read to encompass non-parties to the above-captioned action that produce or disclose information or documents in connection with this litigation.

2. Paragraph 19 of the Protective Order is amended as follows:

| Current language | Amended language (change shown in underline) |
|---|---|
| "In the event of any accidental or inadvertent disclosure of Confidential Material . . . counsel for the party responsible for the disclosure shall immediately notify opposing counsel…" | "In the event of any accidental or inadvertent disclosure of Confidential Material . . . counsel for the party responsible for the disclosure shall immediately notify <u>counsel for the producing party</u>…" |

1

3. To the extent not otherwise addressed by the foregoing amendments, the rights and protections that the Protective Order provides parties to this action that produce or disclose information or materials designated with one or more levels of confidentiality under the Protective Order shall also apply to non-parties that produce or disclose such information or materials.

**So ORDERED and SIGNED this 5th day of February, 2010.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**