IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CISCO SYSTEMS, INC.; CISCO-LINKSYS, L.L.C.; ADTRAN, INC.; ENTERASYS NETWORKS, INC.; EXTREME NETWORKS, INC.; FOUNDRY NETWORKS, INC.; NETGEAR, INC.; 3COM CORPORATION; <br><br> Defendants. | Case No. 6:08cv030-LED <br><br><br> (Jury Trial Demanded) |

## ORDER

CAME TO BE CONSIDERED Plaintiff's Unopposed Motion to Withdraw Plaintiff's Motion to Compel Interrogatory Responses and Deposition Testimony from Defendants (Docket Entry 218). After consideration, the Court finds the Motion well taken.

Therefore, IT IS ORDERED that Plaintiff's Motion to Compel Interrogatory Responses and Deposition Testimony from Defendants (Docket Entry 218) is withdrawn effective on the date of this order and the hearing set for February 24, 2010 is cancelled.

**So ORDERED and SIGNED this 22nd day of February, 2010.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**