IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC.; CISCO-LINKSYS, L.L.C.; ADTRAN, INC.; ENTERASYS NETWORKS, INC.; EXTREME NETWORKS, INC.; FOUNDRY NETWORKS, INC.; NETGEAR, INC.; 3COM CORPORATION;<br><br>Defendants. | Case No. 6:08cv030-LED<br><br>(Jury Trial Demanded) |

## ORDER

On this day came on to be considered the parties' Second Joint Motion to Extend Certain Deadlines, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Joint Motion to Extend be granted and that the Court's December 22, 2009 Docket Control Order, as amended by the Court's Order (Docket No. 246) dated February 1, 2010, be amended as follows:

| | |
|---|---|
| **Parties with burden of proof designate expert witnesses (non-construction issues). Expert witness reports due. Refer to Local Rules for required information.[1]** | March 15, 2010 |
| **Comply with P.R. 3-7.** | March 22, 2010 |

---

[1] Each party will make its expert witnesses available, at the opposite party's election, for deposition on each expert's opening report before March 29, 2010, and again after the service of the expert's rebuttal report. The total deposition time of the expert witnesses shall not exceed the limits set in the Court's Discovery Order.

| | |
|---|---|
| **Parties designate rebuttal expert witnesses (non-construction issues), Rebuttal expert witness reports due. Refer to Local Rules for required information.** | April 16, 2010 |
| **Discovery Deadline** | April 30, 2010 |
| Parties to Identify Trial Witnesses; Amend Pleadings (after *Markman* Hearing). It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings. It is necessary to file a Motion for Leave to Amend after the deadline. However, except as provided in Patent Rule 3-6, if the amendment would effect infringement contentions or invalidity contentions, a motion must be made pursuant to Patent Rule 3-6 irrespective of whether the amendment is made prior to this deadline. | May 21, 2010 |
| Parties to Identify Rebuttal Trial Witnesses. | June 4, 2010 |

All other deadlines contained in the Court's December 22, 2009 Docket Control Order remain unchanged.

**So ORDERED and SIGNED this 22nd day of February, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**