# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation,<br><br>    Defendants. | CASE NO. 6:08cv030-LED |

## DEFENDANTS CISCO SYSTEMS, INC. AND CISCO-LINKSYS, L.L.C.'S NOTICE OF COMPLIANCE

Defendants Cisco Systems, Inc. and Cisco-Linksys, L.L.C. (collectively, "Cisco") hereby file this notice confirming that on March 3, 2010 they served their Third Amended Disclosures pursuant to the July 17, 2008 Discovery Order.

Dated: March 4, 2010        Respectfully submitted,

                    /s/ Eric H. Findlay
                    Eric H. Findlay
                    Findlay Craft, LLP
                    6760 Old Jacksonville Hwy, Suite 101
                    Tyler, Texas 75703
                    Telephone: (903) 534-1100
                    Facsimile: (903) 534-1137

E-mail: efindlay@findlaycraft.com

**Attorneys for Defendants Cisco Systems, Inc.
and Cisco-Linksys, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Eric H. Findlay
ERIC H. FINDLAY