# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation, <br><br> Defendants. | CASE NO. 6:08cv030-LED |

## DEFENDANTS CISCO SYSTEMS, INC. AND CISCO-LINKSYS, L.L.C.'S NOTICE OF COMPLIANCE

Defendants Cisco Systems, Inc. and Cisco-Linksys, L.L.C. (collectively, "Cisco") hereby file this notice confirming that on March 15, 2010 they served their Expert Report of Dr. Melvin Ray Mercer Regarding Invalidity of U.S. Patent No. 6,218,930 pursuant to the Notice Resetting Deadlines on February 22, 2010.

Dated: March 15, 2010  

Respectfully submitted,

/s/ Eric H. Findlay
Eric H. Findlay
Findlay Craft, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, Texas 75703

Telephone: (903) 534-1100
Facsimile: (903) 534-1137
E-mail:  efindlay@findlaycraft.com

**Attorneys for Defendants Cisco Systems, Inc. and Cisco-Linksys, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Eric H. Findlay
ERIC H. FINDLAY