UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation,<br><br>  Defendants. | CASE NO. 6:08cv030-LED |

**DEFENDANT FOUNDRY NETWORK, LLC'S NOTICE OF COMPLIANCE**

Defendant Foundry Networks, LLC hereby files this notice confirming that on March 15, 2010 it served an Expert Report of Dr. Melvin Ray Mercer Regarding Invalidity of U.S. Patent No. 6,218,930 pursuant to the Notice Resetting Deadlines on February 22, 2010.

Dated:  March 15, 2010                By: */s/ Subroto Bose*

Henry C. Bunsow, Esq.
K.T. Cherian, Esq.
Robert F. Kramer, Esq.
Subroto Bose, Esq.
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Tel: (415) 848-4900
Fax: (415) 848-4999
bunsowh@howrey.com
cheriank@howrey.com
kramerR@howrey.com
boses@howrey.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth DeRieux
State Bar No. 05770585
N. Claire Abernathy
State Bar No. 24053063
chenry@capshawlaw.com
CAPSHAW DERIEUX, LLP
220 Energy Centre
1127 Judson Road
Longview, TX 75606
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

**ATTORNEYS FOR DEFENDANT FOUNDRY NETWORKS, LLC**

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 15, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                    /s/ *Subroto Bose*
                                    Subroto Bose