UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation,<br><br>Defendants. | CASE NO. 6:08cv030-LED |

## DEFENDANT ENTERASYS NETWORKS, INC.'S NOTICE OF COMPLIANCE

Defendant Enterasys Networks, Inc. ("Enterasys") hereby files this notice confirming that on March 15, 2010 it served an Expert Report of Charles Donohoe regarding Enterasys' affirmative defenses, and Expert Report of Dr. Melvin Ray Mercer regarding invalidity of U.S. Patent No. 6,218,930 pursuant to the Notice of Resetting Deadlines of February 22, 2010.

Dated: March 16, 2010                                    Respectfully submitted,


                                                         By: */s/ William Cornelius*_____
                                                             William Cornelius
                                                             State Bar No. 04834700
                                                             WILSON, ROBERTSON & CORNELIUS, P.C.
                                                             P.O. Box 7339
                                                             Tyler, Texas 75711-7339
                                                             Tel: (903) 509-5000
                                                             Fax: (903) 509-5091
                                                             wc@wilsonlawfirm.com

                                                         *Counsel for Defendant Enterasys Networks, Inc.*

OF COUNSEL:

Richard C. Vasquez
RVasquez@vbllaw.com
Jeffrey T. Lindgren
JLindgren@vbllaw.com
Eric W. Benisek
EBenisek@vbllaw.com
Craig E. Davis
CDavis@vbllaw.com
Stephen C. Steinberg
SSteinberg@vbllaw.com
Avin P. Sharma
ASharma@vbllaw.com
VASQUEZ BENISEK & LINDGREN LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549
Telephone: (925) 627-4250
Facsimile: (925) 403-0900


## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically on March 16, 2010.


                                                         */s/ William Cornelius*_____
                                                         WILLIAM CORNELIUS