**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 6:08cv030 (LED) |
| CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation, | § § § § § § § § § § § § § | JURY DEMANDED |
| Defendants. | § § § | |

**DEFENDANT EXTREME NETWORKS, INC.'S NOTICE OF COMPLIANCE**

Defendant Extreme Networks, Inc., hereby files this notice confirming that on March 15, 2010 it served an Expert Report of Dr. Melvin Ray Mercer regarding invalidity of U.S. Patent No. 6,218,930 pursuant to the Notice of Resetting Deadlines of February 22, 2010.

DATED: March 16, 2010

JONES DAY

By: ___/s/ Behrooz Shariati_____
Behrooz Shariati
bshariati@jonesday.com
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Attorneys for Defendant
EXTREME NETWORKS, INC.

- 2 -

## CERTIFICATE OF SERVICE

      I certify that this document was filed electronically pursuant to Local Rule CV-5(a) on March 16, 2010. Pursuant to Local Rule CV-5(a)(3)(A), this electronic filing acts to electronically serve all counsel who have consented to electronic service via the Court's CM/ECF system.

                                            /s/ Behrooz Shariati
                                            Behrooz Shariati

SVI-78809v1