UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation;<br><br>Defendants. | CASE NO. 6:08cv030-LED<br><br>**JURY DEMANDED** |

## PLAINTIFF NETWORK-1 SECURITY SOLUTIONS, INC.'S NOTICE OF COMPLIANCE

Plaintiff Network-1 Security Solutions, Inc. ("Network-1") hereby files this notice confirming that on March 15, 2010, it served an Expert Report of Dr. James M. Knox regarding the infringement of U.S. Patent No. 6,218,930, Expert Report of Robert Mills regarding damages analysis associated with infringement of U.S. Patent No. 6,218,930, and Expert Report of William E. Wecker, Ph.D. pursuant to the Notice Resetting Deadlines on February 22, 2010.

DATED this 22nd day of March, 2010

Respectfully submitted,

By: /s/ Sean A. Luner
        Sean A. Luner
        State Bar No. 165443

Gregory S. Dovel
State Bar No. 135387
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069
Email: sean@dovellaw.com
Email: greg@dovellaw.com

T. John Ward, Jr.
State Bar No. 00794818
Ward & Smith Law Firm
111 W. Tyler St.
Longview, Texas 75601
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
Email: jw@jwfirm.com


ATTORNEYS FOR PLAINTIFF,
NETWORK-1 SECURITY SOLUTIONS,
INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 22, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                                             /s/ Sean A. Luner
                                                             Sean A. Luner