**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., | ) ) ) ) | Case No. 6:08-cv-030-LED |
| Plaintiff, | ) ) | JURY TRIAL DEMANDED |
| v. | ) ) | |
| CISCO SYSTEMS, INC., et al., | ) ) | |
| Defendants. | ) | |

**NOTICE OF DEFENDANTS CISCO SYSTEM INC. AND CISCO LINKSYS, L.L.C.'S COMPLIANCE WITH PATENT RULE 3-7**

Pursuant to the Court's Order filed on February 22, 2010, Defendants Cisco Systems Inc. and Cisco Linksys, L.L.C. hereby certify to the Court that it complied with Patent Rule 3-7 and served production regarding willfulness on March 22, 2010 via hand delivery.

Dated: March 22, 2010

Respectfully submitted,

/s/ Eric H. Findlay
Eric H. Findlay
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
Tel. No. (903) 534-1100
Fax No. (903) 534-1137
E-mail: efindlay@findlaycraft.com

Niki Moore
WilmerHale
1117 S California Avenue
Palo Alto, CA 94304
Tel. No. (650) 858 6108
Fax No. (650) 858 6100
niki.moore@wilmerhale.com

Attorneys for Defendant Cisco Systems Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 22, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

      /s/ Eric H. Findlay_____
      ERIC H. FINDLAY