UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation,<br><br>        Defendants. | CASE NO. 6:08cv030-LED |

**DEFENDANT FOUNDRY NETWORK, LLC'S NOTICE OF COMPLIANCE**

Defendant Foundry Networks, LLC hereby notifies the Court and all parties of record that on April 2, 2010 Foundry served Plaintiff Network-1 Security Solutions, Inc. with its First Supplement Initial Disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure and in accordance with the Court's Discovery Order of July 17, 2008.

Dated: April 15, 2010

By: */s/ K.T. Cherian*

Henry C. Bunsow, Esq.
K.T. Cherian, Esq.
Subroto Bose, Esq.
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Tel: (415) 848-4900
Fax: (415) 848-4999
bunsowh@howrey.com
cheriank@howrey.com
boses@howrey.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth DeRieux
State Bar No. 05770585
N. Claire Abernathy
State Bar No. 24053063
chenry@capshawlaw.com
CAPSHAW DERIEUX, LLP
220 Energy Centre
1127 Judson Road
Longview, TX 75606
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

**ATTORNEYS FOR DEFENDANT
FOUNDRY NETWORKS, LLC**

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing document was served via the ECF notice issued by the Court via E-mail on counsel for all parties this 15th day of April, 2010.

                                                 */s/K.T. Cherian*
                                                  K.T. Cherian