IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC.; CISCO-LINKSYS, L.L.C.; ADTRAN, INC.; ENTERASYS NETWORKS, INC.; EXTREME NETWORKS, INC.; FOUNDRY NETWORKS, INC.; NETGEAR, INC.; 3COM CORPORATION;<br><br>Defendants. | Case No. 6:08-cv-030-LED<br><br><br>(Jury Trial Demanded) |

## ORDER

On this day came on to be considered the parties' Joint Motion to Extend or Modify Certain Deadlines, and the Court being of the opinion that the same should be GRANTED in part, it is therefore,

ORDERED, ADJUDGED and DECREED that the Joint Motion to Extend or Modify be granted in part and that the Court's current Docket Control Order is amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Parties designate rebuttal expert witnesses (non-construction issues) and rebuttal expert witness reports due | April 16, 2010 | April 19, 2010 |
| Joint Pretrial Order, Joint Proposed Jury Instructions with citations to authority and Form of the Verdict for Jury Trials due. Proposed Findings of Fact and Conclusions of | April 23, 2010 | May 19, 2010 |

| | | |
|---|---|---|
| Law with citation to authority for issues tried to the bench. Notice of request for daily transcript or real time reporting of court proceedings due | | |
| Expert discovery deadline | April 30, 2010 | May 14, 2010 |
| Dispositive motions due | April 30, 2010 | May 7, 2010 |
| Pretrial Disclosures due  Video and stenographic deposition designations due | May 12, 2010 | May 19, 2010 |
| Parties to identify trial witnesses | May 21, 2010 | May 19, 2010 |
| Any motions other than dispositive motions and in limine motions that may require a hearing, including *Daubert* motions, due | April 30, 2010 | May 17, 2010 |
| Rebuttal designations and objections to deposition testimony due. | May 21, 2010 | May 28, 2010 |
| Objections to rebuttal deposition testimony due. | May 28, 2010 | June 2, 2010 |
| Responses to any motions other than dispositive motions and in limine motions that may require a hearing, including *Daubert* motions, due | May 28, 2010 | May 28, 2010 |

**So ORDERED and SIGNED this 16th day of April, 2010.**

_____
   **LEONARD DAVIS**
   **UNITED STATES DISTRICT JUDGE**