**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, LLC., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation,<br><br>      Defendants. | Case No. 6:08-cv-00030-LED<br><br>JURY TRIAL DEMANDED |

**NOTICE OF DEFENDANTS CISCO SYSTEMS, INC. AND CISCO-LINKSYS, LLC.'S COMPLIANCE WITH SUBMITTING REBUTTAL EXPERT WITNESS REPORTS**

Defendants Cisco Systems, Inc. and Cisco-Linksys, LLC. hereby file this notice confirming that they have complied with the Court's current Docket Control Order and submitted their Rebuttal Expert Witness Reports on April 19, 2010.

Dated: April 20, 2010                            Respectfully submitted,

                                                                          /s/ Eric H. Findlay
                                                                          Eric H. Findlay
                                                                          FINDLAY CRAFT, LLP

                                                6760 Old Jacksonville Hwy
                                                Suite 101
                                                Tyler, TX 75703
                                                Tel. No. (903) 534-1100
                                                Fax No. (903) 534-1137
                                                E-mail: efindlay@findlaycraft.com

Of Counsel:

William F. Lee
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
E-Mail: william.lee@wilmerhale.com

Mark D. Selwyn (admitted *pro hac vice*)
Niki Z. Moore (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
mark.selwyn@wilmerhale.com
niki.moore@wilmerhale.com

Attorneys for Defendants Cisco Systems, Inc.
and Cisco-Linksys, LLC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 20, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                            /s/ Eric H. Findlay_____
                                            ERIC H. FINDLAY