# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation, <br><br> Defendants. | CASE NO. 6:08cv030-LED |

## DEFENDANT ENTERASYS NETWORKS, INC.'S NOTICE OF COMPLIANCE

Defendant Enterasys Networks, Inc. ("Enterasys") hereby files this notice confirming that it has complied with the Court's current Docket Control Order and submitted its Rebuttal Expert Witness Reports on April 19, 2010.

Dated: April 20, 2010 Respectfully submitted,

By: */s/ William Cornelius*_____
William Cornelius
State Bar No. 04834700
WILSON, ROBERTSON & CORNELIUS, P.C.
P.O. Box 7339
Tyler, Texas 75711-7339
Tel: (903) 509-5000
Fax: (903) 509-5091
wc@wilsonlawfirm.com

*Counsel for Defendant Enterasys Networks, Inc.*

OF COUNSEL:

Richard C. Vasquez
RVasquez@vbllaw.com
Jeffrey T. Lindgren
JLindgren@vbllaw.com
Eric W. Benisek
EBenisek@vbllaw.com
Craig E. Davis
CDavis@vbllaw.com
Stephen C. Steinberg
SSteinberg@vbllaw.com
Avin P. Sharma
ASharma@vbllaw.com
VASQUEZ BENISEK & LINDGREN LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549
Telephone: (925) 627-4250
Facsimile: (925) 403-0900

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on April 20, 2010.

*/s/ William Cornelius*_____
WILLIAM CORNELIUS