# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation,<br><br>    Defendants. | CASE NO. 6:08cv030 (LED)<br><br>JURY DEMANDED |

## DEFENDANT EXTREME NETWORKS, INC.'S NOTICE OF COMPLIANCE

Defendant Extreme Networks, Inc., hereby files this notice confirming that on April 19, 2010 they complied with the Court's current Docket Control Order and submitted their Rebuttal Expert Witness Reports.

DATED: April 22, 2010        JONES DAY

                                          By: ___/s/ Behrooz Shariati_____
                                               Behrooz Shariati
                                               bshariati@jonesday.com
                                               1755 Embarcadero Road
                                               Palo Alto, CA  94303
                                               Telephone:   (650) 739-3939
Attorneys for Defendant
EXTREME NETWORKS, INC.

## CERTIFICATE OF SERVICE

I certify that this document was filed electronically pursuant to Local Rule CV-5(a) on April 22, 2010. Pursuant to Local Rule CV-5(a)(3)(A), this electronic filing acts to electronically serve all counsel who have consented to electronic service via the Court's CM/ECF system.

/s/ Behrooz Shariati
Behrooz Shariati
