# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CISCO SYSTEMS, INC., ET AL, <br><br> Defendants. | Civil Action No. 6:08-CV-030 (LED) <br><br> JURY DEMANDED |

## DEFENDANT FOUNDRY NETWORKS, LLC'S NOTICE
## OF SERVICE OF EXPERT REPORTS

Please take notice that Foundry Networks, LLC, one of the defendants in the above-styled and numbered cause, served its expert reports on all counsel of record as follows:

1. Report of Ray Mercer served on March 15, 2010;

2. Report of Charles Donohoe served on March 16, 2010;

3. Report of Robert Colwell served on April 19, 2010;  and,

4. Report of Julie Davis served on April 19, 2010.


Dated: April 22, 2010                                   Respectfully submitted,


                                                        By: /s/ Elizabeth L. DeRieux
                                                            S. Calvin Capshaw
                                                            ccapshaw@capshawlaw.com
                                                            State Bar No. 03783900
                                                            Elizabeth L. DeRieux
                                                            State Bar No. 05770585
                                                            ederieux@capshawlaw.com

Capshaw DeRieux, L.L.P.
P.O. Box 3999
Longview, Texas 75606-3999
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

Henry C. Bunsow
bunsowh@howrey.com
K. T. Cherian
cheriank@howrey.com
Subroto Bose
boses@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105

**ATTORNEYS FOR DEFENDANT
FOUNDRY NETWORKS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 22nd day of April 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux