# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation, | |
| Plaintiff, | CASE NO. 6:08cv030-LED |
| vs. | Jury Demanded |
| CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation; | |
| Defendants. | |

**Plaintiff Network-1's Notice of Completion of Briefing regarding Motion for Reconsideration of Claim Construction Order**

Please take notice that:

Plaintiff Network-1 filed a Motion for Reconsideration of Claim Construction Order (docket no. 258), which Defendants have opposed (docket no. 265). Because Network-1 believes that Defendants' opposition does not raise arguments that require a reply beyond what was set forth in Network-1's motion, Network-1 does not intend to file a reply brief. As a result, the briefing for this motion has been completed.

Dated: April 23, 2010                                  Respectfully submitted,

                                                               By: /s/ Sean A. Luner
                                                                    Sean A. Luner
                                                                    State Bar No. 165443

Gregory S. Dovel
State Bar No. 135387
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069
Email: sean@dovellaw.com
Email: greg@dovellaw.com

T. John Ward, Jr.
State Bar No. 00794818
Ward & Smith Law Firm
111 W. Tyler St.
Longview, Texas 75601
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
Email: jw@jwfirm.com

ATTORNEYS FOR PLAINTIFF,
NETWORK-1 SECURITY SOLUTIONS,
INC.

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing document was served via the ECF notice issued by the Court via E-mail on counsel for Defendants this 23rd day of April, 2010.

/s/ Sean A. Luner
Sean A. Luner