UNITED STATES COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CISCO SYSTEMS, INC.; CISCO-LINKSYS, L.L.C.; ADTRAN, INC.; ENTERASYS NETWORKS, INC.; EXTREME NETWORKS, INC.; FOUNDRY NETWORKS, INC.; NETGEAR, INC.; 3COM CORPORATION, <br><br> Defendants. | Case No. 6:08cv030-LED |

## ORDER

Before the Court is FOUNDRY NETWORKS, LLC'S Unopposed Motion to Extend the Deadline to Complete Specific Depositions. Having considered the matter, and that it is unopposed, the Court GRANTS the Motion and extends the deadline for Defendant FOUNDRY NETWORKS, LLC, to complete the depositions Daniel McCurdy, John Garland and ThinkFire Services USA, Ltd. up to and including May 21, 2010.

**So ORDERED and SIGNED this 27th day of April, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**