IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC. | § § § | |
| Plaintiff, | § § § | CASE NO. 6:08-CV-30<br>PATENT CASE |
| v. | § § § | |
| CISCO SYSTEMS, INC., ET AL | § § | |
| Defendants. | | |

## NOTICE OF APPEARANCE

Defendants Cisco Systems, Inc. and Cisco Linksys, L.L.C. ("Cisco") provide notice that David J. Beck is appearing as additional counsel of record for Cisco in this matter. Cisco requests that copies of all notices and filings also be provided to Mr. Beck as follows:

Beck, Redden & Secrest, L.L.P.
1221 McKinney, Suite 4500
Houston, Texas 77010
Telephone: 713-951-3700
Facsimile: 713-951-3720
Email: dbeck@brsfirm.com
State Bar No. 00000070
Federal Bar No. 919

Respectfully submitted,

By: /s/ David J. Beck
    David J. Beck
    State Bar No. 00000070
BECK, REDDEN & SECREST, L.L.P.
1221 McKinney St., Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

**ATTORNEYS FOR DEFENDANTS
CISCO SYSTEMS, INC. AND
CISCO LINKSYS, L.L.C.**

## CERTIFICATE OF SERVICE

    I hereby certify that counsel of record who are deemed to have consented to electronic service in the above-referenced case are being served this 30th day of April, 2010, with a copy of the above document via the Court's CM/ECF System per Local Rule CV-5(A)(3).

/s/ David J. Beck
David J. Beck