**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC. | § § § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:08-CV-00030-LED |
| | § | |
| CISCO SYSTEMS, INC., ET AL | § | JURY TRIAL DEMANDED |
| | § | |
| Defendants. | § | |

**NOTICE OF SECOND AMENDED DISCLOSURES OF DEFENDANT**
**ENTERASYS NETWORKS, INC.**

COMES NOW, ENTERASYS NETWORKS, INC., and hereby notifies the Court that it has

served its Second Amended Disclosures in accordance with the Discovery Order in this case,

and as required by the Local Rules of the United States District Court for the Eastern District of

Texas.

DATED:        April 30, 2010           Respectfully submitted,

                                       WILSON, ROBERTSON & CORNELIUS, P.C.
                                       P.O. Box 7339
                                       Tyler, Texas 75711-7339
                                       Telephone: 903/509-5000
                                       Facsimile: 903/509-5091
                                       wc@wilsonlawfirm.com


                               By:    */s/ William Cornelius*
                                       WILLIAM CORNELIUS
                                       State Bar No. 04834700

                                       ATTORNEYS FOR DEFENDANT
                                       ENTERASYS NETWORKS, INC.

2

OF COUNSEL:

Richard C. Vasquez
RVasquez@vbllaw.com
Jeffrey T. Lindgren
JLindgren@vbllaw.com
Eric W. Benisek
EBenisek@vbllaw.com
Craig E. Davis
CDavis@vbllaw.com
Stephen C. Steinberg
SSteinberg@vbllaw.com
Avin P. Sharma
ASharma@vbllaw.com
VASQUEZ BENISEK & LINDGREN LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA  94549
Telephone: (925) 627-4250
Facsimile: (925) 403-0900

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record are being served with a copy

of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 30, 2010.


*/s/ William Cornelius*
WILLIAM CORNELIUS