# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation,<br><br>    Defendants. | CASE NO. 6:08cv030-LED |

## DEFENDANTS CISCO SYSTEMS, INC. AND CISCO-LINKSYS, L.L.C.'S NOTICE OF COMPLIANCE

Defendants Cisco Systems, Inc. and Cisco-Linksys, L.L.C. (collectively, "Cisco") hereby file this notice confirming that on April 30, 2010 they served their Fourth Amended Disclosures pursuant to the July 17, 2008 Discovery Order.

Dated: May 3, 2010        Respectfully submitted,

                /s/ Eric H. Findlay
                Eric H. Findlay
                Texas State Bar No. 00789886
                Findlay Craft, LLP
                6760 Old Jacksonville Hwy, Suite 101
                Tyler, Texas 75703
                Telephone: (903) 534-1100

Facsimile: (903) 534-1137
E-mail: efindlay@findlaycraft.com

Mark D. Selwyn
California State Bar No. 244180
Niki Z. Moore
California State Bar No. 244968
Wilmer Cutler Pickering Hale and Dorr LLP
1117 S. California Avenue
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
E-mail: mark.selwyn@wilmerhale.com
E-mail: niki.moore@wilmerhale.com

William F. Lee
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6556
Facsimile: (617) 526-5000
E-mail: william.lee@wilmerhale.com

**Attorneys for Defendants Cisco Systems, Inc. and Cisco-Linksys, L.L.C.**

## CERTIFICATE OF SERVICE

     I hereby certify that on May 3, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                        /s/ Eric H. Findlay
                                        ERIC H. FINDLAY