IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC. | § § § | |
| Plaintiff, | § § | CASE NO. 6:08CV30 |
| vs. | § § | |
| CISCO SYSTEMS, INC., ET AL | § § § | |
| Defendants. | § | |

## ORDER

The Court **GRANTS** Defendants' Motion for Leave of Court to Exceed Page Limits (Docket No. 311) and **GRANTS** Plaintiff's Motion to Exceed Page Limit of Local Rule CV-7(a)(2) (Docket No. 312).

Given the very high number of motions in this case, the Court will not grant any further extensions of page limits without a showing a good cause. Further, the Court reminds the parties that all filings in this Court shall be in 12-point, double-spaced, Times New Roman font with no less than 1 inch margins and otherwise conform to the page limits set by the Local Rules or as specifically ordered by this Court.

So ORDERED and SIGNED this 13th day of May, 2010.

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE