# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation, <br><br> Defendants. | Case No. 6:08cv030-LED <br><br> **JURY DEMANDED** |

## ORDER GRANTING FOURTH JOINT MOTION TO EXTEND OR MODIFY CERTAIN DEADLINES

On this day came on to be considered the parties' Joint Motion to Extend or Modify Certain Deadlines, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Joint Motion to Extend or Modify Certain Deadlines be granted and that the Court's Docket Control Order is amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Joint Pretrial Order, Joint Proposed Jury Instructions with citations to authority and Form of the Verdict for Jury Trials due. Proposed Findings of Fact and Conclusions of Law with citation to authority for issues tried to the bench. <br><br> Notice of request for daily transcript or real time | May 19, 2010 | May 26, 2010 |

| reporting of court proceedings due | | |
|---|---|---|
| Pretrial Disclosures due<br><br>Video and stenographic deposition designations due | May 19, 2010 | May 26, 2010 |
| Parties to identify trial witnesses | May 19, 2010 | May 26, 2010 |
| Rebuttal designations and objections to deposition testimony due. | May 28, 2010 | June 4, 2010 |
| Objections to rebuttal deposition testimony due. | June 2, 2010 | June 9, 2010 |

**So ORDERED and SIGNED this 18th day of May, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**