IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC. | § § § | |
| VS. | § § | CIVIL ACTION NO. 6:08-CV-30 LED |
| CISCO SYSTEMS, INC.; CISCO-LINKSYS LLC; ADTRAN, INC,; ENTERASYS NETWORK, INC.; EXTREME NETWORKS, INC.; FOUNDRY NETWORKS, INC.; NETGEAR, INC.; and 3COM CORPORATION | § § § § § § § | JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Mandy Nelson, enters her appearance in this matter for Defendants Cisco Systems, Inc. and Cisco-Linksys LLC for purposes of receiving notices and orders from the Court.

DATE: May 9, 2009        Respectfully submitted,

BY: /s/ Mandy Nelson
Mandy Nelson
State Bar No.24055270
Ireland, Carroll & Kelley, PC
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: Fedserv@icklaw.com
Email: mnelson@icklaw.com

ATTORNEYS FOR DEFENDANTS
CISCO SYSTEMS, INC. AND
CISCO-LINKSYS LLC

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served on all parties via the Court's electronic filing system this 20th day of May, 2010.

/s/ Mandy Nelson