# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC. | § § § | |
| Plaintiff, | § § | CASE NO. 6:08CV30 |
| vs. | § § | |
| CISCO SYSTEMS, INC., ET AL | § § § | |
| Defendants. | § | |

## ORDER

Defendant Foundry Network's Partial Joinder in Cisco Systems, Inc. and Cisco-Linksys, L.L.C.'s Motion for Partial Summary Judgment to Limit Damages Under 35 U.S.C. § 287(a) (Docket No. 288), Defendant 3Com Corporation's Motion for Summary Judgment, and Joinder in, and Additional Support for, Cisco Systems, Inc. and Cisco-Linksys, L.L.C.'s Motion for Partial Summary Judgment to Limit Damages Under 35 U.S.C. § 287(a) (Docket No. 294), Defendant 3Com Corporation's Motion for Summary Judgment, and Joinder in, and Additional Support for, Cisco Systems, Inc. and Cisco-Linksys, L.L.C.'s Motion for Partial Summary Judgment of No Willful, Induced, or Contributory Infringement (Docket No. 295), Plaintiff Network-1's Motion for Partial Summary Judgment re: Priority Date Based on the Provisional Application (Docket No. 296), Plaintiff Network-1's Motion for Partial Summary Judgment on Defense of Anticipation (§ 102) and Obviousness (§ 103) (Docket No. 297), Defendant Foundry Network's Joinder in Cisco Systems, Inc. and Cisco-Linksys, L.L.C.'s Motion for Partial Summary Judgment of No Willful Infringement, and No Induced or Contributory Infringement (Docket No. 299), Plaintiff Network-1's Motion for

Partial Summary Judgment of Defendants' "RAND" Related Defenses and Counterclaims (Docket No. 307), Plaintiff Network-1's Motion to Exclude Opinions and Testimony of Dr. Robert Colwell (Docket No. 332), Plaintiff Network-1's Motion to Exclude Opinions and Testimony of Ms. Julie L. Davis (Docket No. 333), and Plaintiff Network-1's Motion to Exclude Opinions and Testimony of Dr. Melvin Ray Mercer (Docket No. 334) failed to comply with the Local Rules for the Eastern District of Texas by not being fully double spaced. As already stated in the Court's Order on May 13, 2010 (Docket No. 314), all filings in this Court shall be in 12-point, double-spaced, Times New Roman font with no less than 1 inch margins and otherwise conform to the page limits set by the Local Rules or as specifically ordered by this Court.

The Court **STRIKES** Docket Nos. 288, 294, 295, 296, 297, 299, 307, 332, 333, and 334 **GRANTS** leave to refile the documents within one business day. For all future filings, the Court **ORDERS** the parties to strictly comply with the Local Rules for the Eastern District of Texas, particularly Local Rule CV-10 governing the form of pleadings.

**So ORDERED and SIGNED this 21st day of May, 2010.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**