# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 6:08cv030-LED<br><br>Jury Trial Requested |

## DEFENDANT 3COM CORPORATION'S SUPPLEMENTAL DEPOSITION DESIGNATIONS

Pursuant to the Court's Docket Control Order entered in this case, 3COM Corporation ("3COM"), provides this supplemental list of depositions designations. 3COM expressly reserves the right to supplement, augment, or otherwise modify the exchanged designations based on circumstances as they may evolve prior to the commencement of trial. At this time, 3COM designates the following supplemental deposition testimony:

### Boris Katzenberg 05/12/2009-05/13/2009

| 3COM's Designations | Objections | Counterdesignations |
|---|---|---|
| 559:11-13 | | |
| 561:12-28 | | |

### William Crutcher 05/14/2009

| Defendants' Designations | Objections | Counterdesignations |
|---|---|---|
| 192:10-14 | | |

### Corey Horowitz 05/15/2009

| Defendants' Designations | Objections | Counterdesignations |
|---|---|---|
| 314:25-315:3 | | |
| 318:6-13 | | |

### Edward Caceres, 5/26/2009 – 5/27/2009

| Defendants' Designations | Objections | Counterdesignations |
|---|---|---|
| 5:18-22 | | |
| 244:25-245:3 | | |
| 245:4-18 | | |
| 245:25-246:6 | | |
| 246:7-12 | | |

### Patrick Evans 08/18/2009-08/19/2009:

| Defendants' Designations | Objections | Counterdesignations |
|---|---|---|
| 82:8-15 | | |
| 101:22-102:12 | | |
| 182:16-183:3 | | |
| 252:23-253:23 | | |

| Defendants' Designations | Objections | Counterdesignations |
|---|---|---|
| 256:11-20 | | |
| 262:1-263:8 | | |
| 263:9-17 | | |
| 264:13-22 | | |
| 316:23-317:10 | | |

### Ronald Keenan, 12/21/2009

| Defendants' Designations | Objections | Counterdesignations |
|---|---|---|
| 118:11-119:4 | | |
| 193:15-195:12 | | |

### Victoria A. Desidero, 2/22/2010

| Defendants' Designations | Objections | Counterdesignations |
|---|---|---|
| 32:11-15 | | |

### Michael McCormick, 3/11/2010

| Defendants' Designations | Objections | Counterdesignations |
|---|---|---|
| 8:20-9:9 | | |
| 9:13-14 | | |
| 11:5-9 | | |

- 4 -

|  |  |  |
|---|---|---|
| 12:21-13:13 |  |  |
| 13:15-14:7 |  |  |
| 15:16-16:7 |  |  |
| 20:8-19 |  |  |
| 22:2-12 |  |  |
| 22:24-25:14 |  |  |
| 23:23-24:6 |  |  |
| 24:7-14 |  |  |
| 25:3-16 |  |  |
| 27:21-28:11 |  |  |
| 40:6-41:7 |  |  |
| 60:25-61:23 |  |  |
| 70:21-71:2 |  |  |
| 71:3-23 |  |  |
| 101:12-102:2 |  |  |
| 102:3-18 |  |  |
| 109:14-24 |  |  |

## Michael McCormick, 3/11/2010 – 30(b)(6) for TI

| Defendants' Designations | Objections | Counterdesignations |
|---|---|---|
| 38:15-39:2 | | |

## Alan Miano, 3/17/2010

| Defendants' Designations | Objections | Counterdesignations |
|---|---|---|
| 5:11-12 | | |
| 5:13-15 | | |
| 5:16-17 | | |
| 5:18-21 | | |
| 13:5-14 | | |
| 17:8-22 | | |
| 18:15-19:4 | | |
| 19:5-9 | | |
| 19:10-20:3 | | |
| 20:4-13 | | |
| 20:14-24 | | |
| 21:24-22:11 | | |
| 23:25-24:8 | | |
| 24:21-25:11 | | |
| 25:20-26:14 | | |
| 27:8-16 | | |
| 31:22-32:6 | | |
| 33:6-34:11 | | |
| 37:18-25 | | |

| Defendants' Designations | Objections | Counterdesignations |
|---|---|---|
| 38:2-18 | | |
| 38:19-40:10 | | |
| 45:11-47:13 | | |
| 47:15-24 | | |
| 48:9-49:4 | | |
| 49:8-24 | | |
| 51:18-52:20 | | |
| 57:2-25 | | |
| 59:4-25 | | |
| 61:18-63:10 | | |
| 63:11-64:10 | | |
| 65:19-67:3 | | |
| 68:6-69:10 | | |
| 96:12-97:12 | | |

### Corey Horowitz 04/21/2010

| Defendants' Designations | Objections | Counterdesignations |
|---|---|---|
| 51:1-12 | | |
| 52:8-10 | | |
| 52:24-53:4 | | |
| 54:1-7 | | |
| 65:1-13 | | |
| 79:5-81:3 | | |

Dated: May 26, 2010            Respectfully submitted,

/s/Melvin R. Wilcox, III
Melvin R. Wilcox, III (SBN 21454800)
YARBROUGH WILCOX, PLLC
100 E. Ferguson St., Suite 1015
Tyler, Texas 75702
Tel: (903) 595-1133
Fax: (903) 595-0191
mrw@yw-lawfirm.com

Jeffrey E. Ostrow (California SBN 213118 )
(admitted pro hac vice)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
Tel: (650) 251-5000
Fax: (650) 251-5002
jostrow@sbtlaw.com

**ATTORNEYS FOR DEFENDANT 3COM CORPORATION**

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on this the 26th day of May, 2010, a true and correct copy of the foregoing instrument was served upon all parties via electronic mail.

                                        /s/ Melvin R. Wilcox, III
                                        Melvin R. Wilcox, III