# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation, | CASE NO. 6:08cv030-LED |
| Plaintiff, | Jury Demanded |
| vs. | |
| CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation; | |
| Defendants. | |

**Proposed Jury Verdict Forms**

Pursuant to the Court's Docket Control Order, the parties hereby submit their respective Proposed Jury Verdict Forms. Plaintiff's proposed form is attached as exhibit A, Defendants' as exhibit B.

Dated: May 26, 2010               Respectfully submitted,

                                By: /s/ *Jeff Eichmann*
                                    Sean A. Luner
                                    State Bar No. 165443
                                    Gregory S. Dovel
                                    State Bar No. 135387
                                    John Jeffrey Eichmann
                                    State Bar No. 227472

        Dovel & Luner, LLP
        201 Santa Monica Blvd., Suite 600
        Santa Monica, CA 90401
        Telephone: 310-656-7066
        Facsimile: 310-657-7069
        Email: sean@dovellaw.com
        Email: greg@dovellaw.com
        Email: jeff@dovellaw.com

        T. John Ward, Jr.
        State Bar No. 00794818
        Ward & Smith Law Firm
        111 W. Tyler St.
        Longview, Texas 75601
        Telephone: (903) 757-6400
        Facsimile: (903) 757-2323
        Email: jw@jwfirm.com

        ATTORNEYS FOR PLAINTIFF,
        NETWORK-1 SECURITY SOLUTIONS,
        INC.

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the above and foregoing document was served, via E-mail, on counsel for Defendants this 26th day of May, 2010.

        /s/ *Jeff Eichmann*