**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation, | CASE NO. 6:08cv030-LED |
| Plaintiff, | Jury Demanded |
| vs. | |
| CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation; | |
| Defendants. | |

**<u>Plaintiff Network-1's Proposed Verdict Form</u>**

1

# VERDICT FORM

**Question A:  Infringement and Willfulness**

<u>Cisco Systems, Inc. ("Cisco")</u>

A1.    Has Network-1 proven, by a preponderance of the evidence, that Cisco has directly infringed the '930 patent?  ("Yes" is a finding for Network-1.  "No" is a finding for Cisco.)

  Claim 6:     ____ Yes     ____ No

  Claim 9:     ____ Yes     ____ No

A2.    Has Network-1 proven, by a preponderance of the evidence, that Cisco has actively induced others to infringe the '930 patent?  ("Yes" is a finding for Network-1.  "No" is a finding for Cisco.)

  Claim 6:     ____ Yes     ____ No

  Claim 9:     ____ Yes     ____ No

A3.    Has Network-1 proven, by a preponderance of the evidence, that Cisco has contributed to the infringement of the '930 patent by others?  ("Yes" is a finding for Network-1.  "No" is a finding for Cisco.)

  Claim 6:     ____ Yes     ____ No

  Claim 9:     ____ Yes     ____ No

A4.     Has Network-1 proven, by clear and convincing evidence, that Cisco's infringement (if found above) was willful?  ("Yes" is a finding for Network-1.  "No" is a finding for Cisco.)

____ Yes     ____ No

Cisco-Linksys, L.L.C. ("Linksys")

A5.     Has Network-1 proven, by a preponderance of the evidence, that Linksys has directly infringed the '930 patent?  ("Yes" is a finding for Network-1.  "No" is a finding for Linksys.)

Claim 6:     ____ Yes     ____ No

Claim 9:     ____ Yes     ____ No

A6.     Has Network-1 proven, by a preponderance of the evidence, that Linksys has actively induced others to infringe the '930 patent?  ("Yes" is a finding for Network-1.  "No" is a finding for Linksys.)

Claim 6:     ____ Yes     ____ No

Claim 9:     ____ Yes     ____ No

A7.     Has Network-1 proven, by a preponderance of the evidence, that Linksys has contributed to the infringement of the '930 patent by others?  ("Yes" is a finding for Network-1.  "No" is a finding for Linksys.)

Claim 6:     ____ Yes     ____ No

Claim 9:     ____ Yes     ____ No

A8.   Has Network-1 proven, by clear and convincing evidence, that Linksys's infringement (if found above) was willful? ("Yes" is a finding for Network-1.  "No" is a finding for Linksys.)

____ Yes      ____ No

Adtran, Inc. ("Adtran")

A9.   Has Network-1 proven, by a preponderance of the evidence, that Adtran has directly infringed the '930 patent? ("Yes" is a finding for Network-1.  "No" is a finding for Adtran.)

Claim 6:      ____ Yes      ____ No

Claim 9:      ____ Yes      ____ No

A10.   Has Network-1 proven, by a preponderance of the evidence, that Adtran has actively induced others to infringe the '930 patent? ("Yes" is a finding for Network-1.  "No" is a finding for Adtran.)

Claim 6:      ____ Yes      ____ No

Claim 9:      ____ Yes      ____ No

A11.   Has Network-1 proven, by a preponderance of the evidence, that Adtran has contributed to the infringement of the '930 patent by others? ("Yes" is a finding for Network-1.  "No" is a finding for Adtran.)

Claim 6:      ____ Yes      ____ No

Claim 9:      ____ Yes      ____ No

Enterasys Networks, Inc. ("Enterasys")

A12.   Has Network-1 proven, by a preponderance of the evidence, that Enterasys has directly infringed the '930 patent?  ("Yes" is a finding for Network-1.  "No" is a finding for Enterasys.)

    Claim 6:   ____ Yes   ____ No

    Claim 9:   ____ Yes   ____ No

A13.   Has Network-1 proven, by a preponderance of the evidence, that Enterasys has actively induced others to infringe the '930 patent?  ("Yes" is a finding for Network-1.  "No" is a finding for Enterasys.)

    Claim 6:   ____ Yes   ____ No

    Claim 9:   ____ Yes   ____ No

A14.   Has Network-1 proven, by a preponderance of the evidence, that Enterasys has contributed to the infringement of the '930 patent by others?  ("Yes" is a finding for Network-1.  "No" is a finding for Enterasys.)

    Claim 6:   ____ Yes   ____ No

    Claim 9:   ____ Yes   ____ No

A15.   Has Network-1 proven, by clear and convincing evidence, that Enterasys's infringement (if found above) was willful?  ("Yes" is a finding for Network-1.  "No" is a finding for Enterasys.)

____ Yes     ____ No

Extreme Networks, Inc. ("Extreme")

A16.   Has Network-1 proven, by a preponderance of the evidence, that Extreme has directly infringed the '930 patent?  ("Yes" is a finding for Network-1.  "No" is a finding for Extreme.)

   Claim 6:     ____ Yes     ____ No

   Claim 9:     ____ Yes     ____ No

A17.   Has Network-1 proven, by a preponderance of the evidence, that Extreme has actively induced others to infringe the '930 patent?  ("Yes" is a finding for Network-1.  "No" is a finding for Extreme.)

   Claim 6:     ____ Yes     ____ No

   Claim 9:     ____ Yes     ____ No

A18.   Has Network-1 proven, by a preponderance of the evidence, that Extreme has contributed to the infringement of the '930 patent by others?  ("Yes" is a finding for Network-1.  "No" is a finding for Extreme.)

   Claim 6:     ____ Yes     ____ No

   Claim 9:     ____ Yes     ____ No

A19.   Has Network-1 proven, by clear and convincing evidence, that Extreme's infringement (if found above) was willful?  ("Yes" is a finding for Network-1.  "No" is a finding for Extreme.)

____ Yes          ____ No

Foundry Networks, Inc. ("Foundry")

A20.  Has Network-1 proven, by a preponderance of the evidence, that Foundry has directly infringed the '930 patent? ("Yes" is a finding for Network-1. "No" is a finding for Foundry.)

    Claim 6:          ____ Yes          ____ No

    Claim 9:          ____ Yes          ____ No

A21.  Has Network-1 proven, by a preponderance of the evidence, that Foundry has actively induced others to infringe the '930 patent? ("Yes" is a finding for Network-1. "No" is a finding for Foundry.)

    Claim 6:          ____ Yes          ____ No

    Claim 9:          ____ Yes          ____ No

A22.  Has Network-1 proven, by a preponderance of the evidence, that Foundry has contributed to the infringement of the '930 patent by others? ("Yes" is a finding for Network-1. "No" is a finding for Foundry.)

    Claim 6:          ____ Yes          ____ No

    Claim 9:          ____ Yes          ____ No

A23.   Has Network-1 proven, by clear and convincing evidence, that Foundry's infringement (if found above) was willful? ("Yes" is a finding for Network-1. "No" is a finding for Foundry.)

____ Yes       ____ No

3Com Corporation ("3Com")

A24.   Has Network-1 proven, by a preponderance of the evidence, that 3com has directly infringed the '930 patent? ("Yes" is a finding for Network-1. "No" is a finding for 3com.)

    Claim 6:       ____ Yes       ____ No

    Claim 9:       ____ Yes       ____ No

A25.   Has Network-1 proven, by a preponderance of the evidence, that 3com has actively induced others to infringe the '930 patent? ("Yes" is a finding for Network-1. "No" is a finding for 3com.)

    Claim 6:       ____ Yes       ____ No

    Claim 9:       ____ Yes       ____ No

A26.   Has Network-1 proven, by a preponderance of the evidence, that 3com has contributed to the infringement of the '930 patent by others? ("Yes" is a finding for Network-1. "No" is a finding for 3com.)

    Claim 6:       ____ Yes       ____ No

    Claim 9:       ____ Yes       ____ No

A27.   Has Network-1 proven, by clear and convincing evidence, that 3com's infringement (if found above) was willful? ("Yes" is a finding for Network-1. "No" is a finding for 3com.)

\_\_\_\_ Yes      \_\_\_\_ No

**Question B:  Validity**

B1.   Have the Defendants proven, by clear and convincing evidence, that any of the claims of the '930 patent are <u>invalid</u> as anticipated by the prior art? ("Yes" is a finding for the Defendants.  "No" is a finding for Network-1.)

| Claim 6: | \_\_\_\_ Yes | \_\_\_\_ No |
| Claim 9: | \_\_\_\_ Yes | \_\_\_\_ No |

B2.   Have the Defendants proven, by clear and convincing evidence, that any of the claims of the '930 patent are <u>invalid</u> for obviousness in view of the prior art? ("Yes" is a finding for the Defendants.  "No" is a finding for Network-1.)

| Claim 6: | \_\_\_\_ Yes | \_\_\_\_ No |
| Claim 9: | \_\_\_\_ Yes | \_\_\_\_ No |

B3.  Have the Defendants proven, by clear and convincing evidence, that any of the claims of the '930 patent are <u>invalid</u> for failing to name the correct inventors? ("Yes" is a finding for the Defendants.  "No" is a finding for Network-1.)

| Claim 6: | \_\_\_\_ Yes | \_\_\_\_ No |
| Claim 9: | \_\_\_\_ Yes | \_\_\_\_ No |

B4. Have the Defendants proven, by clear and convincing evidence, that any of the claims of the '930 patent are <u>invalid</u> for lack of an adequate written description? ("Yes" is a finding for the Defendants. "No" is a finding for Network-1.)

    Claim 6:      ____ Yes      ____ No

    Claim 9:      ____ Yes      ____ No

B5. Have the Defendants proven, by clear and convincing evidence, that any of the claims of the '930 patent are <u>invalid</u> as not enabled? ("Yes" is a finding for the Defendants. "No" is a finding for Network-1.)

    Claim 6:      ____ Yes      ____ No

    Claim 9:      ____ Yes      ____ No

B6. Have the Defendants proven, by clear and convincing evidence, that any of the claims of the '930 patent are <u>invalid</u> for failure to describe the inventor's best mode of carrying out the invention? ("Yes" is a finding for the Defendants. "No" is a finding for Network-1.)

    Claim 6:      ____ Yes      ____ No

    Claim 9:      ____ Yes      ____ No

**Question C: Damages**

*If you have found that a Defendant has infringed either claim 6 or 9 of the '930 and that claim is not invalid, then you must determine what measure of damages to award Network-1 for that Defendants' infringement and set forth that award below.*

*Cisco*

C1.     What total amount of damages, if any, has Network-1 proven it is entitled to from Cisco? Write in your answer, which should be a dollar amount, here:

_____

*Linksys*

C2.     What total amount of damages, if any, has Network-1 proven it is entitled to from Linksys? Write in your answer, which should be a dollar amount, here:

_____

*Adtran*

C3.     What total amount of damages, if any, has Network-1 proven it is entitled to from Adtran? Write in your answer, which should be a dollar amount, here:

_____

*Enterasys*

C4.     What total amount of damages, if any, has Network-1 proven it is entitled to from Enterasys? Write in your answer, which should be a dollar amount, here:

_____

*Extreme*

C5. What total amount of damages, if any, has Network-1 proven it is entitled to from Extreme? Write in your answer, which should be a dollar amount, here:

_____

*Foundry*

C6. What total amount of damages, if any, has Network-1 proven it is entitled to from Foundry? Write in your answer, which should be a dollar amount, here:

_____

*3Com*

C7. What total amount of damages, if any, has Network-1 proven it is entitled to from 3Com? Write in your answer, which should be a dollar amount, here:

_____

**SIGNATURE**

_____     _____
DATE                                FOREPERSON