# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC. | § § § | |
| Plaintiff, | § § | CASE NO. 6:08CV30 |
| vs. | § § § | |
| CISCO SYSTEMS, INC., ET AL | § § | |
| Defendants. | § | |

## ORDER

This case is set for pretrial hearing on June 24, 2010. The Agreed Docket Control Order requires that motions in limine be filed by June 14, 2010, and that the parties are to meet and confer and advise the Court by 3:00 p.m. on June 23, 2010 as to which paragraphs are agreed and which need to be addressed at the pretrial conference. The Court amends this and **ORDERS** that the parties substantively meet and confer on all limine issues before filing any motions in limine. Motions in limine shall still be filed by June 14, 2010 and responses are due by June 17, 2010.

In addition, the Court has recently revised its Sample Patent Jury Charge[1] in accordance with the Model Patent Jury Instructions prepared by The National Jury Instruction Project. In light of this revision, and the excessive number of disputes in the parties' Proposed Jury Instructions (Docket No. 362), the Court **ORDERS** the parties to meet and confer on the Court's Charge and re-submit a proposed Charge to the Court by June 17, 2010. The parties shall file the proposed Charge and email it in WordPerfect to Kat_Li@txed.uscourts.gov.

---

[1] The Court's Sample Patent Jury Charge is available on the Court's website at: http://www.txed.uscourts.gov/Judges/Davis/Orders&Forms.htm.

**So ORDERED and SIGNED this 27th day of May, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**