IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 6:08cv030-LED<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING
## UNOPPOSED MOTION TO WITHDRAW

Before this Court is the Motion to Withdraw Philip Charles Sternhell as Counsel for Defendants, 3Com Corporation ("3Com"). The Court is of the opinion that the motion should be granted. Therefore, it is hereby

ORDERED that **Philip Charles Sternhell** of Simpson Thacher & Bartlett LLP is hereby withdrawn as counsel for 3Com.

**So ORDERED and SIGNED this 2nd day of June, 2010.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE