**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **NETWORK-1 SECURITY SOLUTIONS, INC.** | § § § § | |
| Plaintiff, | § § | **CASE NO. 6:08CV30** |
| vs. | § § § | |
| **CISCO SYSTEMS, INC., ET AL** | § § | |
| Defendants. | § § | |

**ORDER**

This case is set for jury selection on July 6, 2010 and trial on July 12, 2010. *Sta-Rite Industries f/k/a Shurflo v. ITT Corp.*, 6:08cv59, is also set on the same trial docket. The Court has become aware that Otis Carroll, a local counsel involved in both of this Court's July cases, has other conflicting trial settings in July. Specifically, Mr. Carroll is set for pretrial conference on July 6, 2010 and trial on July 12, 2010 in *Retractable Technologies, Inc. v. Abbot Laboratories*, 5:05cv147, and for jury selection on July 6, 2010 and trial on July 26, 2010 in *Ameranth, Inc. v. Menusoft Systems Corp.*, 2:07cv271. *See* Docket Nos. 110, 129 in 2:07cv271. The *Ameranth* parties moved to continue the case, and that motion has been denied. There have been no motions to continue on this basis in the *Retractable*, *Network-1*, or *Sta-rite* cases.

If the other cases remain on their current trial settings, this Court is considering continuing its July docket to hold jury selection with trial immediately to follow on July 15, 2010. The parties should be prepared for this contingency and should be prepared to discuss this at the pretrial conference. As it is the Court's practice to set multiple cases on the same setting and to trail later

filed cases, the Court expects the parties to be prepared for minor continuances such as this.

**So ORDERED and SIGNED this 2nd day of June, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**