IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation, <br><br> Defendants. | CASE NO. 6:08cv030-LED <br><br> JURY DEMANDED <br><br> ORAL ARGUMENT REQUESTED |

## **DEFENDANT ADTRAN, INC.'S REBUTTAL TRIAL WITNESS LIST**

Defendant Adtran, Inc. ("Adtran"), pursuant to the Court's Docket Control Order entered in this case, files this statement concerning identification and categorization of rebuttal trial witnesses.

Adtran may call for rebuttal and impeachment purposes, live, by video, or by deposition, any witness on Adtran's Trial Witness List (Docket No. 359), the Trial Witness Lists of any other defendant, and/or Plaintiff's Trial Witness List, including any rebuttal or supplemental witness lists.

| | |
|---|---|
| Dated: June 4, 2010 | By: /s/ David D. Bahler<br>David D. Bahler – Lead Attorney<br>State Bar No. 01513100<br>Gilbert A. Greene<br>State Bar No. 24045976<br>FULBRIGHT & JAWORSKI LLP<br>600 Congress Avenue, Suite 2400<br>Austin, TX 78701<br>Tel. 512.536.5201<br>Fax: 512.536.4598<br>dbahler@fulbright.com<br>ggreene@fulbright.com<br><br>COUNSEL FOR DEFENDANT<br>ADTRAN, INC. |

### CERTIFICATE OF SERVICE

I certify that this document was filed electronically pursuant to Local Rule CV-5(a) on **June 4, 2010**. Pursuant to Local Rule CV-5(a)(3)(A), this electronic filing acts to electronically serve all counsel who have consented to electronic service via the Court's CM/ECF system.

*/s/ David D. Bahler*
David D. Bahler