# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation;<br><br>    Defendants. | CASE NO. 6:08cv030-LED<br><br>Jury Demanded |

**Plaintiff Network-1's Rebuttal Trial Witness List**

Pursuant to the Court's Docket Control Order, Plaintiff Network-1 Security Solutions submits this Rebuttal Trial Witness List. At this time, Network-1 identifies the following rebuttal witnesses for trial. Witness numbers correspond to the numbers used by Network-1's previously filed Trial Witness List (dkt. #359-1).

| No. | Witness | (A)<br>Will Call<br>(in rebuttal) | (B)<br>May Call<br>(in rebuttal) | (C)<br>May but probably will not call<br>(in rebuttal) |
|---|---|---|---|---|
| 1 | Boris Katzenberg (Live) | | √ | |
| 2 | Patrick Evans<br>(Live or by Deposition) | | √ | |

1

| No. | Witness | (A) Will Call (in rebuttal) | (B) May Call (in rebuttal) | (C) May but probably will not call (in rebuttal) |
|---|---|---|---|---|
| 3 | Joseph Deptula (By Deposition) | | √ | |
| 4 | Edward Caceres (By Deposition) | | √ | |
| 5 | Ronald Keenan (By Deposition) | | √ | |
| 6 | George Conant (Live) | | √ | |
| 7 | Corey Horowitz (Live) | | √ | |
| 9 | David Ringle (By Deposition) | | √ | |
| 10 | Michael McCormack (By Deposition) | | | √ |
| 11 | James Knox, Ph.D. (Live) | √ | | |
| 12 | Robert Mills (Live) | √ | | |
| 13 | William Wecker, Ph.D. (Live) | | √ | |
| 14 | Emmett Murtha (Live) | | √ | |
| 17 | William Crutcher (Live or by Deposition) | | √ | |
| 24 | Alan Miano (By deposition) | | | √ |
| 29 | Dan Lang (By deposition) | | | √ |
| 38 | Daniel McCurdy (Live) | | | √ |

    Network-1 also reserves the right to call in rebuttal (live, by video, or by deposition) any witness on its Trial Witness List (dkt. #391-) or any witness on any of Defendants' witness lists (including their expert witnesses, if not called live by Defendants). Network-1 expressly reserves the right to supplement, augment, or otherwise modify this list based on circumstances as they may evolve prior to the commencement of trial.

Dated: June 4, 2010                              Respectfully submitted,

                                                By: /s/ Jeff Eichmann
                                                Gregory S. Dovel
                                                CA State Bar No. 135387
                                                John Jeffrey Eichmann

        CA State Bar Mo. 227472
Sean A. Luner
CA State Bar No. 165443
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069
Email: greg@dovellaw.com
Email: jeff@dovellaw.com
Email: sean@dovellaw.com

T. John Ward, Jr.
State Bar No. 00794818
WARD & SMITH LAW FIRM
111 W. Tyler St.
Longview, Texas 75601
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
Email: jw@jwfirm.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served, via E-mail, on counsel for Defendants this 4th day of June, 2010.

/s/ *Jeff Eichmann*