# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation, | |
| Plaintiff, | Case No. 6:08cv030-LED |
| vs. | Jury Trial Requested |
| CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation, | |
| Defendants. | |

## DEFENDANTS CISCO SYSTEMS, INC. AND CISCO-LINKSYS L.L.C.'S REBUTTAL TRIAL WITNESS LIST

Defendants Cisco Systems, Inc. and Cisco-Linksys L.L.C. (collectively, "Cisco"), pursuant to the Court's Docket Control Order entered in this case, file this statement concerning identification and categorization of rebuttal trial witnesses.

Cisco may call for rebuttal and impeachment purposes, live, by video, or by deposition, any witness on Cisco's Trial Witness List (Docket No. 359), the Trial Witness Lists of any other defendant, and/or Plaintiff's Witness List, including any rebuttal or supplemental witness lists.

| | |
|---|---|
| Dated: June 4, 2010 | Respectfully submitted, |
| | /s/ Eric H. Findlay |
| | Eric H. Findlay |
| | State Bar No. 00789886 |
| | Findlay Craft, LLP |
| | 6760 Old Jacksonville Hwy, Suite 101 |
| | Tyler, TX 75703 |
| | Tel: (903) 534-1100 |
| | Fax: (903) 534-1137 |
| | efindlay@findlaycraft.com |

Of Counsel:

William F. Lee – Lead Attorney
(Massachusetts SBN 291960)
(admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
william.lee@wilmerhale.com

Mark Selwyn (California SBN 244180)
(admitted *pro hac vice*)
Niki Z. Moore (California SBN 244968)
(admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Tel: (650) 858-6000
Fax: (650) 858-6100
mark.selwyn@wilmerhale.com
niki.moore@wilmerhale.com

Collin Michael Maloney (SBN 00794219)
Mandy Carroll Nelson (SBN 24055270)
Otis W Carroll , Jr (SBN 03895700)
Ireland Carroll & Kelley
6101 S Broadway
Suite 500
Tyler, TX 75703
(903) 561-1600
Fax: (903) 581-1071
Email: fedserv@icklaw.com
Email: mnelson@icklaw.com
Email: fedserv@icklaw.com

David Beck (SBN 00000070)
Joe W. Redden Jr. (SBN 16660600)
Michael Richardson (SBN 24002838)
Beck Redden & Secrest LLP
122 McKinney Street, Suite 4500
Houston, TX 77010-2010
Tel:  (713) 951-3700
Fax:  (713) 951-3720
dbeck@brsfirm.com
jredden@brsfirm.com
mrichardson@brsfirm.com

**ATTORNEYS FOR CISCO SYSTEMS, INC.
AND CISCO-LINKSYS, LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 4, 2010. Any other counsel of record will be served by facsimile or first class mail.

/s/ Eric H. Findlay
Eric H. Findlay