**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation, | |
| Plaintiff, | Case No. 6:08cv030-LED |
| vs. | Jury Trial Requested |
| CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation, | |
| Defendants. | |

## DEFENDANT EXTREME NETWORKS, INC.'S REBUTTAL TRIAL WITNESS LIST

Defendant Extreme Networks, Inc. ("Extreme Networks"), pursuant to the Court's Docket Control Order entered in this case, files this statement concerning identification and categorization of rebuttal trial witnesses.

Extreme Networks may call for rebuttal and impeachment purposes, live, by video, or by deposition, any witness on Extreme Network's Trial Witness List (Docket No. 359), the Trial Witness Lists of any other defendant, and/or Plaintiff's Witness List, including any rebuttal or supplemental witness lists.

June 4, 2010                            Respectfully submitted,

/s/ *Behrooz Shariati*
Behrooz Shariati (California SBN 174436)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Tel:  (650) 739-3939
bshariati@jonesday.com

**ATTORNEY FOR DEFENDANT
EXTREME NETWORKS, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 4, 2010.  Any other counsel of record will be served by facsimile or first class mail.

/s/ *Behrooz Shariati*
Behrooz Shariati

SVI-81658v1