UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 6:08-CV-00030 (LED)<br><br>Jury Trial Requested |

**DEFENDANT ENTERASYS NETWORKS, INC.'S REBUTTAL TRIAL WITNESS LIST**

Pursuant to the Court's Discovery and Docket Control Orders entered in this case, defendant Enterasys Networks, Inc. ("Enterasys") hereby files this statement concerning the identification and categorization of rebuttal trial witnesses.

For rebuttal and impeachment purposes, Enterasys may call live, by video, or by deposition any of the witnesses on its Trial Witness List (Docket No. 359-5), on the Trial Witness List of any other defendant (Docket Nos. 359-3, -4, -6, -7, and -8), on Plaintiff's Trial Witness List (Docket No. 359-1), or on any rebuttal or supplemental witness lists.

1

DATED: June 4, 2010

        Respectfully submitted,

        */s/ Craig E. Davis*

        Richard C. Vasquez (admitted *pro hac vice*)
        Jeffrey T. Lindgren (admitted *pro hac vice*)
        Craig E. Davis (admitted *pro hac vice*)
        VASQUEZ BENISEK & LINDGREN LLP
        3685 Mt. Diablo Blvd, Suite 300
        Lafayette, CA 94549
        Tel: (925) 627-4250
        Fax: (925) 403-0900
        rvasquez@vbllaw.com
        jlindgren@vbllaw.com
        cdavis@vbllaw.com

        William Cornelius (SBN 04834700)
        WILSON, ROBERTSON & CORNELIUS, P.C.
        P.O. Box 7339
        Tyler, Texas 75711-7339
        Tel: (903) 509-5000
        Fax: (903) 509-5091
        wc@wilsonlawfirm.com

        ATTORNEYS FOR DEFENDANT
        ENTERASYS NETWORKS, INC.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed and served electronically on June 4, 2010.

        */s/ Craig E. Davis*
        CRAIG E. DAVIS