**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation,<br><br>        Defendants. | Case No. 6:08cv030-LED<br><br>Jury Trial Requested |

**DEFENDANT FOUNDRY NETWORKS LLC'S NOTICE OF COMPLIANCE
REGARDING REBUTTAL DEPOSITION DESIGNATIONS
AND OBJECTIONS TO DEPOSITION DESIGNATIONS**

    Defendant Foundry Networks LLC hereby files this notice confirming that it caused its rebuttal deposition designations and objections to deposition designations to be served on Plaintiff Network-1 Security Solutions, Inc. on June 4, 2010 via electronic mail on all counsel of record.

1

Dated: June 4, 2010

          Respectfully submitted,

          */s/ John D. Hamann*

Henry C. Bunsow, Esq.
K.T. Cherian, Esq.
John D. Hamann, Esq.
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Tel: (415) 848-4900
Fax: (415) 848-4999
bunsowh@howrey.com
cheriank@howrey.com
hamannj@howrey.com

S. Calvin Capshaw, Esq.
State Bar No. 03783900
Elizabeth DeRieux, Esq.
State Bar No. 05770585
CAPSHAW DERIEUX, LLP
220 Energy Centre
1127 Judson Road
Longview, Texas 75606
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Attorneys for Defendant
**FOUNDRY NETWORKS LLC**

**CERTIFICATE OF SERVICE**

3

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 4, 2010.

                                                      */s/ John D. Hamann*
                                                     John D. Hamann