UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § §<br><br>Case No. 6:08-CV-00030 (LED)<br><br>Jury Trial Requested |

## DEFENDANT ENTERASYS NETWORKS, INC.'S NOTICE OF COMPLIANCE REGARDING REBUTTAL DESIGNATIONS AND OBJECTIONS TO DEPOSITION TESTIMONY

Defendant Enterasys Networks, Inc. ("Enterasys") hereby files this notice of compliance and confirms that on June 4, 2010, Enterasys complied with the Court's Order dated May 18, 2010 (Docket No. 327) by serving its rebuttal designations and objections to the deposition testimony previously designated for use at trial by plaintiff Network-1 Security Solutions, Inc.

DATED:    June 4, 2010

Respectfully submitted,

   */s/ Craig E. Davis*

Richard C. Vasquez (admitted *pro hac vice*)
Jeffrey T. Lindgren (admitted *pro hac vice*)
Craig E. Davis (admitted *pro hac vice*)

1

VASQUEZ BENISEK & LINDGREN LLP
3685 Mt. Diablo Blvd, Suite 300
Lafayette, CA 94549
Tel: (925) 627-4250
Fax: (925) 403-0900
rvasquez@vbllaw.com
jlindgren@vbllaw.com
cdavis@vbllaw.com

William Cornelius (SBN 04834700)
WILSON, ROBERTSON & CORNELIUS, P.C.
P.O. Box 7339
Tyler, Texas 75711-7339
Tel: (903) 509-5000
Fax: (903) 509-5091
wc@wilsonlawfirm.com

ATTORNEYS FOR DEFENDANT
ENTERASYS NETWORKS, INC.

**CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was filed and served electronically on June 4, 2010.

                                                              */s/ Craig E. Davis*
                                                              CRAIG E. DAVIS