**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation,<br><br>  Defendants. | CASE NO.  6:08cv030-LED<br><br>**JURY DEMANDED** |

**PLAINTIFF NETWORK-1'S _FIRST AMENDED_ TRIAL EXHIBIT LIST**

Plaintiff Network-1 Security Solutions Inc. ("Network-1") hereby serves and files its _First Amended_ Trial Exhibit List, which is intended to replace and supersede Network-1's previously filed exhibit list (dkt. # 359-10).

| Presiding Judge: | Plaintiff's Attorney(s): | Defendant's Attorneys: |
|---|---|---|
| LEONARD DAVIS | | |
| Trial / Hearing Date(s): | Court Reporter: | Courtroom Deputy: |

| Pltf.'s Exh. No. | Description[1] | Bates Nos. | Category (A= Will; B = May; C = May / May Not Use) |
|---|---|---|---|
| 1 | Katzenberg et. al. United States Patent No. 6,218,930 | N1-7 | |
| 2 | Provisional application for the '930 Patent | N073039-073050 | |
| 3 | E-mail from Pat Evans to William Crutcher, 2/18/1999; Patent Description for "*Apparatus and method for Remotely powering Access Equipment over a 10/100 Switched Ethernet Network*" | N110831-110834 | |
| 4 | Fax correspondence from Pat Evans to Bill Crutcher, 2/22/1999; Patent Description for "*Apparatus and method for Remotely powering Access Equipment over a 10/100 Switched Ethernet Network*" | N110824-110827 | |
| 7 | Declaration and Power of Attorney – Utility Patent, Docket No. : 19723-36396 | N25-26 | |
| 15 | IEEE 802.3af standard | N12517-649 | |
| 16 | User Guide for the Catalyst Express 500 Switches | N20001-20138 | |
| 17 | Quick Start Guide Cisco Aironet 1130AG Access Point | N18805-18852 | |
| 18 | Cisco Unified IP Phone 7941G | N12668-12674 | |
| 19 | Linksys 8-Port 10/100 Ethernet Switch User Guide | N137249-137390 | |
| 20 | Linksys Wireless-G Access Point with Power Over Ethernet and Rangebooster | N137391-137464 | |
| 21 | 3Com Baseline Switch 2226-PWR Plus (3C16490) User Guide | N137461-137537 | |
| 22 | 3Com Wireless 7760 11a/b/g/ PoE Access Point | N141383-141438 | |

[1] Plaintiff reserves the right to use at trial any exhibit identified on Defendants' exhibit list.

| 23 | Summit Family Switches hardware Installation Guide | N141069-141288 | |
| 24 | Altitude 350-2 Data Sheet | N133870-133874 | |
| 25 | Foundry FastIron Stackable hardware Installation Guide | N141289-N141382 | |
| 26 | SecureStack A2 PoE Fast Ethernet Switches Hardware Installation Guide | N132316-N132397 | |
| 27 | Enterasys RoamAbout RBT-1602 and RBT-1602C Wireless Access Point Installation Guide | N132983-N133038 | |
| 28 | Adtran NetVanta 1230 Series Hardware Installation Guide | N124385-124414 | |
| 29 | NetVanta 1000 Series and 1000R Series Hardware Installation Guide | N124287-124362 | |
| 30 | NetVanta 100 Series Hardware Installation Guide | N135924-135949 | |
| 31 | Adtran 2007-2008 Product Catalog | N101-235 | |
| 32 | LTC4258 Quad IEEE 802.3af Power over Ethernet Controller with Integrated Detection | FN138629-138657 | |
| 33 | LTC4259 Quad IEEE 802.3af Power over Ethernet Controller with AC Disconnect | ADTR 28993-9024 | |
| 34 | LC4259A Quad IEEE 802.3af Power over Ethernet Controller with AC Disconnect | CISCO 13419-13450 | |
| 35 | LTC4259A-1 Quad IEE 802.3af Power over Ethernet Controller with AC Disconnect | LIN217-248 | |
| 36 | Proprietary Design Schematics re Linear Tech Chipset | LIN 1-11 | |
| 37 | Proprietary Design Schematics re Linear Tech Chipset | LIN 12-20 | |
| 38 | Proprietary Design Schematics re Linear Tech Chipset | LIN 21-216 | |
| 39 | LTC4257 IEEE 802.3af PD Power over Ethernet Interface Controller | N084208-27 | |
| 40 | LTC 4257-1 IEEE 802.3af PD power over Ethernet Interface Controller with Dual Current Limit | ADTR 32143-62 | |
| 41 | PD64012/G Data Sheet 12-Port Power Sourcing Equipment Manager for Power over Ethernet Systems | ENT-N1 5001-5016 | |
| 42 | PD64012 12-channel PoE Manager | FN260543-260558 | |
| 43 | PD64004A 4-port PoE PSE Manager | N141439 | |
| 44 | PD64004 Data Sheet | MICROSEMI59-76 | |
| 45 | PD63000 PoE Microcontroller Unit | N141777-780 | |
| 46 | BCM59013 Product Brief | N139227-139228 | |
| 47 | BCM59101B/BCM59103B Data Sheet | N140013-140056 | |

| 49 | BCM59101 Product Brief | N139225-139226 | |
| 50 | AMIS Product Specification | BRCM1-164 | |
| 51 | Power over Ethernet for Adtran | ADTR31292-313 | |
| 53 | TPS 2383 Octal Power Sourcing Equipment Power Manager | ADTR32216-240 | |
| 54 | TPS 2384 Quad Integrated Power Sourcing Equipment Power Manager | ADTR40552-596 | |
| 56 | Flexibility Enhancements of the TPS2383A for Power over Ethernet | ADTR29911-29919 | |
| 57 | TPS2375, TPS2376, TPS2377 IEEE 802.3af PoE powered Device Controllers | ADTR34531-34553 | |
| 58 | TPS23750, TPS23770 Integrated 100-V IEEE 802.3af PD and DC/DC Controller | CISCO501026-501065 | |
| 59 | Specification for SN2385(B) Clone | FN23615-679 | |
| 60 | Power over Ethernet at TI | ADTR 30790-862 | |
| 61 | Cisco Demonstrative PSE (Catalyst Express 500 Switch) – physical device to be used as demonstrative at trial. | N/A | |
| 62 | Cisco Demonstrative PD(Cisco Aironet 1130AG Access Point) – physical device to be used as demonstrative at trial. | N/A | |
| 63 | Cisco Demonstrative PD (Cisco Unified IP Phone 7941G) – physical device to be used as demonstrative at trial. | N/A | |
| 64 | 3Com Demonstrative PSE ( Baseline Switch 2226-PWR Plus) – physical device to be used as demonstrative at trial. | N/A | |
| 65 | 3Com Demonstrative PD (3Com WAP7760 Wireless-a/b/g Access Point) – physical device to be used as demonstrative at trial. | N/A | |
| 66 | Foundry  Demonstrative PSE (FastIron Edge 2402-POE) – physical device to be used as demonstrative at trial. | N/A | |
| 67 | Extreme Demonstrative PSE (Summit X250e) – physical device to be used as demonstrative at trial. | N/A | |
| 68 | Extreme Demonstrative PD (PDs) (Altitude AP 350-2) – physical device to be used as demonstrative at trial. | N/A | |
| 69 | Enterasys Demonstrative PSE (SecureStack A20) – physical device to be used as demonstrative at trial. | N/A | |
| 70 | Enterasys Demonstrative PD (RBT-1602 Rev 6A) – physical device to be used as demonstrative at trial. | N/A | |
| 71 | Linksys Demonstrative PSE  (Linksys SRW208P) – physical device to be used as demonstrative at trial. | N/A | |
| 72 | Linksys Demonstrative PD (Linksys WAP200 Wireless-G Access Point) – physical device to be used as demonstrative at trial. | N/A | |

| 73 | Adtran Demonstrative PSE  (NetVanta 1238 PoE) – physical device to be used as demonstrative at trial. | N/A | |
| 74 | Adtran Demonstrative PSE (NetVanta 1224ST PWR) – physical device to be used as demonstrative at trial. | N/A | |
| 75 | Adtran Demonstrative PD (Adtran NetVanta 150) – physical device to be used as demonstrative at trial. | N/A | |
| 76 | Waveform Diagrams from testing of Defendants' devices (taken from Appendices 4 of the expert reports of Dr. Knox). | N/A | |
| 82 | Catalyst Express 500, AIR AP1131AG WAP, and 7941G testing photographs | N150149-172 | |
| 83 | Baseline Switch 2226 Power Plus and WAP7760 Wireless-a/b/g Access Point testing photographs | N150173-189 | |
| 84 | Baseline Switch 2426 Power Plus Switch testing phonographs | N150190-203 | |
| 85 | FastIron Edge 2402-POE  testing photographs | N150204-217 | |
| 86 | Extreme Summit X250e testing photographs | N150218-234 | |
| 87 | SecureStack A2H124-24P and RBT-1602 testing photographs | N150235-249 | |
| 88 | SRW208P and Linksys WAP200 Wireless-G Access Point testing photographs | N150250-264 | |
| 89a | Adtran NetVanta 1238 PoE and NetVanta 150 testing photographs | N150265-279 | |
| 89b | Adtran NetVanta 1224 Switch testing photographs | N150280-150295 | |
| 90 | Cisco Catalyst 3560 Series Switches | N12839-12859 | |
| 91 | Cisco PoE Product Snapshot | N13223-N13224 | |
| 92 | Cisco Catalyst Intelligent Switching | N13220-13222 | |
| 93 | Cisco Aironet Power Over Ethernet Application Note | N13226-13241 | |
| 94 | Power over Etherent:  Cisco Inline Power and IEEE 802.3af | LYNDE 445-457 | |
| 95 | Cisco Systems Power Point | CISCO 372297-342 | |
| 97 | Cisco Catalyst Express 520 Series Switches Data Sheet | N112748-112756 | |
| 98 | Cisco Catalyst 3750 Series Switches Data Sheet | N112659-112680 | |
| 99 | Power Over Ethernet On Cisco Catalyst 6500 Series Switches | N13167-13184 | |
| 101 | Cisco Catalyst 6500 webpage | N13225 | |
| 103 | Catalyst Express 500 Getting Started Guide | N19951-19974 | |
| 107 | Cisco Aironet 1240AG Series Access Point Hardware Installation guide | N117472-117597 | |
| 108 | Cisco Aironet 1130AG Series Access Point Hardware Installation Guide | N18853-18980 | |
| 110 | Catalyst 6500 Series Switch Installation guide | N13242-13607 | |
| 111 | Cisco 4500 PoE capabilities | N13185-13210 | |

| 112 | Catalyst 3560 Switch Hardware Installation Guide | N17430-17547 | |
| 114 | User Guide for the Catalyst Express 520 Switches | N114133-114246 | |
| 115 | Specification for Remy PoE Controller | CISCO 0432928-432982 | |
| 117 | Drivers and Applications for the Power over Ethernet Solution | N13212-13219 | |
| 118 | Cisco Catalyst 3560-E Series Switches Data Sheet | N12860-12878 | |
| 119 | Cisco 1800 Series Integrated Services Routers Fixed Configuration Models | N112508-112521 | |
| 120 | Cisco 1861 Integrated Services Router Data Sheet | N112522-112536 | |
| 121 | Cisco Catalyst 4500 E-Series Power-over-Ethernet Capabilities and Power Supplies | N113095-113104 | |
| 122 | Cisco Catalyst 4500 Power over Ethernet Capabilities White Paper | N136533-136558 | |
| 123 | Catalyst Family 10/100TX Telco Cabling Data Sheet | N133692-133695 | |
| 125 | Catalyst 3750 Switch Hardware Installation Guide | N113829-114024 | |
| 126 | Catalyst Express 500 Series Switches Software Image Upgrade Configuration Example | N20139-20153 | |
| 131 | Configure ISO Catalyst Switches to Connect Cisco IP Phones Configuration Example | N137214-137224 | |
| 132 | Power over Ethernet (PoE) Power Requirements FAQ | N125057-125062 | |
| 133 | Configure CatOS Catalyst Switches to Connect Cisco IP Phones Configuration Example | N137194-137201, | |
| 134 | Avaya Application Note: "Using Cisco Catalyst 3560-24PS and 3750-24PS to Provide Inline Power for Avaya 4600 Series IP Telephones and Avaya Wireless Access Points – Issue 1.0" | N137157-137165 | |
| 135 | Configuration Note for Catalyst 2960 Switch Power over Ethernet Ports | N137225-137246 | |
| 136 | Cisco CP-PWR-CUBE-3 product webpage | N137247-137248 | |
| 140 | Cisco Unified IP Phone 7942G Data Sheet | N112974-112978 | |
| 141 | Loopback Connector Information | N135803-135804 | |
| 142 | 3Com Switch 4500G Family Configuration Guide | N136559-137156 | |
| 143 | 3Com Power over Ethernet Technology Overview | 3COM217856-901 | |
| 144 | Altitude 300-2 Getting Started Guide | N672-796 | |
| 145 | BlackDiamond 8800 Series Data Sheet | N805-814 | |
| 146 | BlackDiamond 12800 Series Switches Hardware Installation Guide | N815-975 | |
| 147 | Extreme Networks Customer Profile - Interop Las Vegas 2006 | N1696-1697 | |
| 154 | BlackDiamond 8800 Series Switches | N124730-124746 | |

| 155 | Summit 300 Series Switches Data Sheet | N124747-124753 | |
| 156 | Summit WM200 & Summit WM2000 | N124756-124768 | |
| 157 | Summit X450E datasheet | N124819-124835 | |
| 160 | Altitude 300-2 Hardware Installation Guide | N133760-133807 | |
| 161 | Altitude 300-2 Getting Started Guide | N133808-133869 | |
| 162 | Altitude 802.11n (450/451) AP Installation Instructions | N133882-133883 | |
| 163 | BlackDiamond 8800 Series Switch Hardware Installation Guide | N134028-134207 | |
| 165 | Extreme Networks Consolidated "i" and "e" Series Hardware Installation Guide(February 2006) | N135119-135508 | |
| 172 | Summit WM Series WLAN Switch and Altitude Access Point Software Version 4.1 User Guide | EXTNET_010193-10460 | |
| 173 | Summit WM20 User Guide; Software Version 4.2 | EXTNET_009615-9884 | |
| 174 | Alpha S400-24P/S400-24t Hardware Specification | EXTNET 395-429 | |
| 175 | Alpha Hardware Specification- Jaguar 24G+4 Combo L2/L3 switch with/without Power over Ethernet/DC power | EXTNET 7503-7556 | |
| 178 | Alpha Networks Aspen 48port 10/100/1000 FireBolt2 based POE FRU Blade Specification | N/A | |
| 179 | ExtremeXOS® Summit ® Family Switches Hardware Installation Guide | EXTNET 9147-9346 | |
| 180 | ExtremeXOS Concepts Guide | EXTNET 15003-15342 | |
| 181 | Foundry FastIron Edge Power over Ethernet Switch Data Sheet | N1712-1719 | |
| 182 | FastIron Edge X Series Data Sheet | N1720 - 1727 | |
| 183 | FastIron GS Series- High Performance Compact PoE Switches Data Sheet | N1728-1740 | |
| 184 | IronPoint 200 Data Sheet | N1749-1756 | |
| 185 | IronPoint 250 Data Sheet | N1757-1760 | |
| 186 | IronPower 600 Data Sheet | N1771-1772 | |
| 187 | Product Overview; Foundry FES, FES X-Series, and FWS X-Series Installation and Basic Configuration Guide | N12363-12516 | |
| 190 | Foundry IronPoint 200 Installation Guide | N24198-24257 | |
| 193 | Brocade IronPoint Mobility AP 150 Access Point Data Sheet | N125018-125021 | |
| 194 | Brocade IronPoint Mobility Series Data Sheet | N125027-125030 | |
| 195 | FastIron Edge Power over Ethernet Switch Data Sheet | N125063-125070 | |
| 196 | Brocade Fastiron CX Series Switches Datasheet | N125071 - 125078 | |

| 197 | Foundry FastIron Stackable Hardware Installation Guide | N125079 - 125176 | |
| 198 | Foundry FastIron X-Series Chassis Hardware Installation Guide | N125201 - 125362 | |
| 199 | Foundry FastIron GS Compact Layer 2 Switch POE and POE-Upgradeable Hardware Installation Guide | N125363 - 125458 | |
| 200 | Foundry FastIron X-Series Configuration Guide | N125467 - 126280 | |
| 201 | Foundry IronPoint 200 Installation Guide (December 2006) | N127095-127154 | |
| 209 | Defendants' responses (combined) to Common Interrogatory No. 10 | N/A | |
| 210 | Preliminary Product Data Sheet-SuperX, FESX424, FGS624, FGS648 | FN00048186 | |
| 211 | Preliminary Product Data Sheet- FES2402, FES4802 | FN00048187 | |
| 212 | Preliminary Product Data Sheet - IronPower 100, IronPower 600 | FN00048189 | |
| 218 | NetVanta 1224 PoE Data Sheet | N124363-64 | |
| 219 | NetVanta Products screen shot | N124542-43 | |
| 221 | Adtran Integrated Switch-Routers and Power over Ethernet Webpage | N659-660 | |
| 222 | Adtran NetVanta 1335 Webpage | N661 | |
| 223 | Adtran NetVanta 3448 Webpage | N662-663 | |
| 224 | NetVanta 7000 User Guide | N4465-4520 | |
| 225 | IP Phones from Adtran Data Sheet | N123906-08 | |
| 226 | IP 700 Series Data Sheet | N123876-77 | |
| 227 | NetVanta 100 Series Hardware Installation Guide | N124254-79 | |
| 228 | Polycom User Guide SoundPoint IP 601 SIP | N123838-72 | |
| 231 | Defendants' responses (combined) to Common Interrogatory No. 4 | N/A | |
| 233 | NetVanta 1355PWR Quick Start Guide | N241-42 | |
| 234 | Polycom User Guide SoundPoint IP 500/501 SIP | N135836-64 | |
| 235 | Adtran IP 430 Webpage | N123834-35 | |
| 236 | Polycom User Guide SoundPoint IP 430 SIP | N135805-35 | |
| 237 | Adtran IP 650 Webpage | N123874-75 | |
| 238 | NetVanta 150 with AC Power Supply | N124253 | |
| 240 | NETVANTA 1230 SERIES Quick Start guide | N124415-17 | |
| 242 | Netvanta 1224 PoE Quick Start Guide | N135920-21 | |
| 243 | NetVanta 7000 Series Hardware Installation Guide | N123926-69 | |
| 244 | ADTRAN NetVanta 1224 CNET description webpage | N124219-20 | |

| | | | |
|---|---|---|---|
| 247 | NetVanta 1224R PoE | N124373-75 | |
| 255 | NetVanta 3000 Series Routers Hardware Installation Guide | N124091-196 | |
| 264 | NetVanta 1224 Ethernet Switches With Power over Ethernet | ADTR31494-510 | |
| 265 | NetVanta 1335 Ethernet Switch+Router with Wireless Access Point and Power over Ethernet | ADTR34343-34359 | |
| 266 | NetVanta 1364 Gigabit Ethernet Switch/Router | ADTR39205-234 | |
| 267 | Adtran NV7100 Product Specification | ADTR21994-2046 | |
| 268 | NetVanta 150 Wireless Access Point ABG 170412E1 | ADTR0023953-964 | |
| 269 | NetVanta 3000 Series Routers hardware Installation Guide | N250-339 | |
| 270 | NetVanta 7000 Series Hardware Installation Guide | N350-405 | |
| 271 | Alpha Networks External Specification Version 0.2 | ADTR 28963-979 | |
| 273 | 3Com: accused products | N/A | |
| 274 | 3Com Switch 4200G Family Getting Started guide | 3COM 369178-255 | |
| 274a | 3Com Switch 4200G Family Getting Starting Guide | N127465 - 127568 | |
| 275 | Switch 4500G 24/48 Port Product Specification | 3COM 427384-41 | |
| 276 | Powering diagram (handwritten by 3Com witness Jim Hiscock during deposition) | N/A | |
| 277 | 3Com Switch 5500 10/100 Family | N125033-40 | |
| 278 | 3Com NBX V3000 PoE Bundle Data Sheet | N1841 | |
| 279 | 3Com OfficeConnect Managed Gigabit PoE Switch Data Sheet | N1842-1845 | |
| 280 | 3Com Switch 5500 10/100 Family Data Sheet | N125033-125048 | |
| 281 | 3Com Switch 5500G 10/100/1000 Family Data Sheet | 3COM0375493-375500 | |
| 282 | 3Com Switch 4500G PWR 24-Port Data Sheet | 3COM0372534-372542 | |
| 283 | 3Com Switch 4210 10/100 Family | N113052-113059 | |
| 284 | 3Com Switch 4500 10/100 Family | 3COM 0350794-350801 | |
| 285 | 3Com Switch 4200G Gigabit Family Data Sheet | 3COM0370555-370562 | |
| 286 | 3Com SuperStack 3 Switch 4400 Family Data Sheet | 3COM0347492-347499 | |
| 287 | 3Com Unified Gigabit Switch Data Sheet | 3COM0396996-396999 | |
| 289 | 3Com Switch 8800 Family Configuration Guide | N2928-4054 | |
| 290 | 3Com OfficeConnect Wireless 108 Mbps 11g PoE Access Point Data Sheet | N1846-1851 | |
| 291 | 3Com 3100 Entry Phone Data Sheet | 3COM0383146-383148 | |
| 292 | 3Com SuperStack 4 Switch 5500 Family Getting Started Guide | N128544-128661 | |

| 293 | 3Com Switch 4500G Family Getting Started Guide | N24114-24195 | |
| 294 | 3Com Switch 5500 Family Getting Started Guide | N11246-11397, 3COM0377452-377674, 3COM0380520-380671, | |
| 296 | 3Com Wireless 7760 11 a/b/g PoE Access Point User Guide | N129583-129638 | |
| 297 | 3Com Switch 4500 Family Configuration Guide | N127717-128455 | |
| 298 | 3Com Chapter 3 Configuring the Ports, PoE & Link Aggregation Presentation | 3COM0599579-599619 | |
| 299 | 3Com Chapter 3 Configuring the Ports, PoE & Link Aggregation Presentation Version 2.3 | 3COM0599706-599750 | |
| 300 | 3Com Switch 4210 Family Getting Started Guide | N127569-127642 | |
| 300a | 3Com Wireless 7760 Access Point quick start guide | N01936-1949 | |
| 302 | 3Com Solutions: Power over Ethernet brochure | N1928-1935, N127457-127464 | |
| 303 | Enterasys G3 datasheet | N1610-1615 | |
| 304 | A-Series datasheet | N124546-124553 | |
| 305 | SecureStack C3 Installation Guide | N133197-133285 | |
| 307 | Enterasys BL-6000ENT Data Sheet | N1638-1641 | |
| 309 | Enterasys RoamAbout Installation Guide 4102 | N133039-133116 | |
| 311 | Secure Stack B3 Installation Guide | N24362-24441 | |
| 312 | Matrix N-Series Gold Datasheet | N1628-1632 | |
| 313 | SecureStack C3 Switch Family datasheet | N1671-1675 | |
| 314 | Enterasys SecureStack C3 Installation Guide | N24025-24113 | |
| 316 | Enterasys Matrix N-Series Data Sheet | N1616-1627 | |
| 317 | SecureStack C2 Installation Guide | N24258-24339 | |
| 319 | Enterasys Secure Convergence | N1685-1695 | |
| 320 | RoamAbout Access Points Data Sheet | N1645-1658 | |
| 321 | SecureStack B3 Switch Family Data Sheet | N1666-1670 | |
| 323 | Enterasys 89000 Mid-Span PoE Data Sheet | N1642-1644 | |
| 324 | Matrix V-Series V2H124-24-P Fast Ethernet Switch Hardware Installation Guide | N124582-124649 | |
| 326 | Enterasys Power-Over-Ethernet White Paper | NET8332-8336 | |
| 327 | Enterasys B-Series B3 Gigabit Ethernet Stackable L2/L3/L4 Edge Switch with Optional Policy Support Data Sheet | N124554-124560 | |
| 329 | Enterasys SecureStack B-Series Gigabit and Fast Ethernet Switches | N133195-133196 | |

| | | | |
|---|---|---|---|
| 330 | SFE2000P Product Information | N12309-12312 | |
| 331 | SGE2000P Product Information | N12313-12316 | |
| 332 | Cisco SFE2000P 24-Port 10/100 Ethernet Switch: PoE Cisco Small Business Managed Switches Data Sheet | N135981-135986 | |
| 333 | Cisco WAP200 Wireless-G Access Point: PoE/RangeBooster; Cisco Small Business Access Points Data Sheet | N136062-136065 | |
| 334 | Wireless-G Access Point with Power Over Ethernet User Guide | N136385-136452 | |
| 335 | Business IP Phone Models PHM1200 and PHB1100 User Guide | CISCO93828-94209 | |
| 336 | Cisco WET200 Wireless-G Business Ethernet Bridge; Cisco Small Business Access Points Data Sheet | N136529-136532 | |
| 337 | SRW 208MP Product Data | N12326-12328 | |
| 339 | Cisco SFE1000P 8-Port 10/100 Ethernet Switch: PoE/Fanless Cisco Small Business Managed Switches Data Sheet | N135976-135980 | |
| 340 | Services Router with sixteen port 10/100 LAN for Linksys One Communications solutions Data Sheet | N136292-136293 | |
| 341 | Cisco Linksys SRW208P 8-Port 10/100 Ethernet Switch Data sheet | N136047-136051 | |
| 342 | Cisco SRW224G4P 24-Port 10/100 + 4-Port Gigabit Switch: WebView/PoE; Cisco Small Business Managed Switches Data Sheet | N136052-136056 | |
| 343 | Linksys WAP54G Data Sheet | N136338-136339 | |
| 344 | Linksys WAP54G Wireless-G Access Point User Guide | N136340-136384 | |
| 347 | SFE2000P Ethernet Swtich with 24-port 10/1000, 4 10/100/1000 ports, PoE and stacking Data Sheet | N136139-136142 | |
| 348 | Cisco SFE2010P 48-Port 10/100 Ethernet Switch: PoE Cisco Small Business Managed Switches Data Sheet | N135987-135991 | |
| 350 | Cisco SRW208MP 8-Port 10/100 Ethernet Switch: WebView/Max PoE; Cisco Small Business Managed Switches Data Sheet | N136042-136046 | |
| 353 | Linksys WAP54GPE Wireless-G Exterior Access Point User Guide | N136453-136528 | |
| 354 | Cisco SRW2024P 24-Port Gigabit Switch: WebView/PoE Cisco Small Business Managed Switches Data Sheet | N136037-136041 | |
| 363 | Cisco Catalyst 6500 Series 10/100 and 10/100/1000 Ethernet Interface Modules | N113077-113094 | |
| 364 | Cisco Catalyst 4500 Series Line Cards | N12926-12946 | |
| 365 | Catalyst 3560 Switch Getting Started Guide | N17370-17405 | |
| 366 | Catalyst 3560 Switch Software Configuration Guide | N17548-17575 | |
| 367 | Catalyst 4500 Series Switches Installation Guide | N13790-13983 | |

| 368 | Cisco Video Surveillance IP Camera User Guide | N118066-118149 | |
| 370 | Cisco Aironet Power over Ethernet Application Note | N133696-133701 | |
| 371 | Cisco Catalyst 3750-E Series Switches | N12879-12899 | |
| 372 | Cisco Catalyst 2975 Switch with LAN Base Software | N112581-112594 | |
| 374 | IronPoint Mobility Series Access Point and Radio Switch Installation Guide (Release 3.4) page | FN00914441-914526 | |
| 375 | 3Com OfficeConnect Managed Switch 9 Data Sheet | 3COM0383122-24 | |
| 376 | Enterasys Secure Networks for VoIP | N1676-1677 | |
| 377 | Cisco WAP2000 Wireless-G Access Point with Power Over Ethernet | N136070-136081 | |
| 378 | Cisco SGE2010P 48-Port Gigabit Switch: PoE Cisco Small Business Managed Switches Data Sheet | N135998-136002 | |
| 379 | Cisco SLM248G4PS 48-Port 10/100 + 4-Port Gigabit Smart Switch: PoE Cisco Small Business Smart Switches Data Sheet | N136021-136025 | |
| 380 | Amendment and Response to Office Action submitted in support of Patent Application No. 10/855,212 by Roger Karam | N111222-36 | |
| 381 | Cisco internal docket and notes re patent application titled "Methods and apparatus for discovering a powerablity condition of a computer network" | FN26700-6703 | |
| 386 | 3Com Corporation Form 10-K for the fiscal year ended May 29, 2009. | N150296-150429 | |
| 387 | Adtran, Inc. Form 10-K for the fiscal year ended December 31, 2008. | N150430-150556 | |
| 388 | Brocade Communications Systems, Inc. Form 10-K for the fiscal year ended August 1, 2009. | N150557-150788 | |
| 389 | Cisco Systems, Inc. Form 10-K for the fiscal year ended July 25, 2009. | N150789-151049 | |
| 390 | Enterasys Networks, Inc. Form 10-K for the fiscal year ended January 1, 2005. | N151050-151147 | |
| 391 | Extreme Networks, Inc. Form 10-K for the fiscal year ended June 28, 2009. | N151148-151256 | |
| 392 | Foundry Networks, Inc. Form 10-K for the fiscal year ended December 31, 2007. | N151257-151363 | |
| 393 | Settlement Agreement among Network-1 Security Solutions, Inc., D-Link Corp., and D-Link Systems, Inc., May 25, 2007 | N 23772-96 | |
| 396 | Amendment to Patents Purchase, Assignment and License Agreement between Merlot Communications, Inc. and Network-1 Security Solutions, Inc., January 18, 2005. | N073662-76 | |
| 397 | Nonexclusive Patent License Agreement between Network-1 and Netgear, April 1, 2009. | N111653-71 | |
| 398 | Patent License Agreement between Network-1 Security Solutions, Inc. and BRG | N111563-72 | |

| | | | |
|---|---|---|---|
| | Precision Products, Inc., December 31, 2008 | | |
| 399 | Patent License Agreement between Network-1 Security Solutions, Inc. and Buffalo Inc., December 31, 2008 | N111541-52 | |
| 400 | Patent License Agreement between Network-1 Security Solutions, Inc. and Microsemi Corporation, August 13, 2008 | N110921-32 | |
| 401 | Patent License Agreement between Network-1 Security Solutions, Inc. and SEH Technology, Inc., December 31, 2008 | N110936-46 | |
| 403 | Patents Purchase, Assignment and License Agreement between Merlot Communications, Inc. and Network-1 Security Solutions, Inc., November 3, 2003 and Executed Assignment from Merlot to Network-1. | N106169-182, N149713 | |
| 404 | License Agreement between ChriMar Systems, Inc. and Hubbell Premise Wiring, September 10, 2004. | N151364-151375 | |
| 406 | Non-Exclusive License Agreement between PowerDsine Ltd., Phihong USA Corporation, and Phihong Technology Company, Ltd., February 7, 2006 | PDSN 000032-53 | |
| 407 | Non-Exclusive License Agreement for Midspan Embodiments between PowerDsine Ltd. and Alpha Telecom, Inc., June 2, 2005 | PDSN 000001-15 | |
| 408 | Non-Exclusive License Agreement for Midspan Embodiments between PowerDsine Ltd. and Netstar Technology Corporation, July 28, 2005 | PDSN 000016-31 | |
| 409 | Non-Exclusive License Agreement for Midspan Embodiments between PowerDsine Ltd. and Tyco Electronics Corporation, May 1, 2006 | PDSN 000054-68 | |
| 410 | Enterasys OEM Product Supply Agreement, entered by Enterasys and D-Link on August 27, 2001 (ENT-N100101430) - Depo exhibit 437 | ENT-N100101430-101458 | |
| 423 | Presentation from July 2001 meeting of 802.3af task force | IEEE/N1 004148-165 | |
| 442 | Unconfirmed minutes from July 7, 1999 IEEE meeting | N55187-90 | |
| 443 | Presentation from July 7, 1999 IEEE meeting | N 55191-97 | |
| 444 | IEEE 802.3af Report; Cisco Systems | CIS 25215-19 | |
| 445 | e-mail "IEEE Committee for IP Phone Power"; Dhillon to Polk et. at, May 8, 2000. | CIS 34785-90 | |
| 446 | e-mail; DTE power strategy; DeNicolo to Finn et al., May 8, 2000 | CIS 32061-62 | |
| 448 | e-mail; DTE power strategy; Weller to Rivers, et. at., May 8, 2000 | CIS 34414 | |
| 449 | Galaxy 3 Inline power PRD 1.0; Cisco Systems | CIS 12616-12622 | |
| 451 | Understanding Inline power for Third-Party Vendors | CIS 23368-371 | |
| 452 | e-mail from Karam to Cullin; Signal for Removing Power | CIS 41579-582 | |
| 453 | "2006 – 2010 Power over Ethernet Market Sizing Report, Volume I," Information | N151376-151406 | |

| | Resources, January 2007. | | |
|---|---|---|---|
| 454 | "All You Need To Know About Power over Ethernet (PoE) and the IEEE802.3af Standard," PowerDsine White Paper, June 2004. | N151407-151430 | |
| 455 | "Case Study, Purdue University," PowerDsine Case Study from Power over Ethernet website (www.poweroverethernet.com), November 16, 2003. | N151431 | |
| 456 | "Power over Ethernet (PoE): Global Market Opportunity Analysis, Second Edition," Venture Development Corporation, September 2005. | N151444-151588 | |
| 457 | "Power over Ethernet Switch Port Shipments Continue to Grow and Gain Share," Venture Development Corporation Press Release, March 28, 2008. | N151432-151433 | |
| 458 | Annual Review of Industry Royalty Rates, Licensing Economics Review, December 2001. | N151434-151437 | |
| 459 | Degnan, Richard A. and Corwin Horton, "A Survey of Licensed Royalties," les Nouvelles, June 1997. | N151438-151443 | |
| 460 | Enterprise Expert Series: Constructing High-Performance & Secure Unified Networks, June 14, 2007. | FN 00429484-429534 | |
| 461 | Ethernet Switch Report Five Year Forecast; 2005 – 2009, January 2005. | FN 00387254-387277 | |
| 462 | Industry Royalty Rate Data Summary, Licensing Economics Review, December 2006. | N151444-151446 | |
| 463 | Senior VP Charlie Giancarlo Discusses How Power over Ethernet in Cisco Catalyst Intelligent Switches Brings New Levels of Network Convergence, Cisco Feature Story, February 17, 2004. | N151447-151448 | |
| 464 | Summary of Cisco accused revenues (Mills exhibit) | N/A | |
| 465 | Summary of Linksys accused revenues (Mills exhibit) | N/A | |
| 466 | Summary of Adtran accused revenues  (Mills exhibit) | N/A | |
| 467 | Summary of Enterasys accused revenues (Mills exhibit) | N/A | |
| 468 | Summary of Extreme accused revenues (Mills exhibit) | N/A | |
| 469 | Summary of Foundry accused revenues (Mills exhibit) | N/A | |
| 470 | Summary of 3Com accused revenues (Mills exhibit) | N/A | |
| 502 | 3Com presentation re "Dragonfly" / Feasibility Review. | 3COM0554616-554665 | |
| 503 | "Dragonfly" Stage 2 Exit Review presentation | 3COM0554666-554703 | |
| 504 | "WLANs and Power Over Ethernet," 3Com presentation at July 7, 1999 802.3 call for interest meeting | CARLSON0843-849 | |
| 505 | Adtran Marketing Requirements Document | ADTR0011147-87 | |
| 506 | Adtran Marketing Requirements Document | ADTR0024362-89 | |

| 511 | Matrix N Series – High Density DFEs Sales Presentation | ENT-N100004821-4837 | |
| 512 | Product Requirements Document; Lord of the Rings 2, last modified August 14, 2003 | CISCO 0027213-27237 | |
| 513 | 3Com SuperStack 3 Switch 4400 PWR Guide, April 2003 | 3COM0526625-659 | |
| 514 | Power over Ethernet: Current State of the Technology and the IEEE Standard | 3COM0551396-404 | |
| 515 | Dragonfly Concept Stage Review | 3COM0554338-365 | |
| 516 | Dragonfly Development Stage Review presentation | 3COM0554948-973 | |
| 518 | 3Com presentation on PoE | 3COM0599558-566 | |
| 519 | Handbook of powering THINGS over Ethernet | CIS 6657-60 | |
| 521 | Cisco DTE Discovery; Specification for the Inclusion of the Cisco DTE Discovery Process in the Black Widow II 10/100 Octal PHY | CIS 12338-45 | |
| 524 | Email from Quackenbush re 'power via mdi' 5/10/2000 | CIS 032079-80 | |
| 525 | Email from Finn re 'DTE power strategy' 5/8/2000 | CIS 35047-48 | |
| 526 | Cisco Catalyst 3550-24 PWR Inline Power Switch Application Note, January 2003 | CISCO0114264-114276 | |
| 527 | Cisco Catalyst 3550-24PWR Inline Power feature summary highlights | CISCO0534742-48 | |
| 528 | Cisco Technical View presentation, October 2005 | CISCO0782799-858 | |
| 540 | Assignment from Inventors to Merlot re '930 patent application | N151589-151590 | |
| 546 | Karam - "my Cisco life" | CISCO 0478448-471 | |
| 547 | DTE power via MDI; Method for Powered DTE (PDTE) Authentication, Proposed by Amir Lehr – PowerDsine LTD | N151591-151604 | |
| 548 | Opinionated Questions – mine-too? | N111491-92 | |
| 549 | Common Mode and Differential Mode Discovery Techniques, Rick Brooks May, 2000 | N151605-151619 | |
| 550 | Working with Larry (e-mail reflector) | N151620-151622 | |
| 551 | Re:  Working with Larry! (e-mail reflector) | N111496-500 | |
| 552 | Dan-Again (e-mail reflector) | N151623-151625 | |
| 553 | Minutes of Power via the MDI Task Force Interim Meeting, May 24-26, Ottawa, Canada | N105782-789 | |
| 554 | e-mail from Nakamura to Birenbaum et. al. May 24, 2000 | CIS 35013-15 | |
| 555 | e-mail from Karam to Polk et. al. May 31, 2000 | CIS35108-14 | |
| 556 | IEEE 802.3af Task Force Minutes; LaJolla, July 11-12, 2000 | N105764-67 | |
| 557 | e-mail from Nakamura to Larry B et. al, May 26, 2000 | CIS 35016-19 | |

| 558 | e-mail from Karam to DeNicolo et al; July 14, 2000 | CIS 35136-37 | |
| 559 | Resistive + Diodes Signature and Detection Protocol Summary and Overall Feasibility; September 2000 | CISCO 128460-500 | |
| 560 | Minutes of the Power via the MDI Task Force New Orleans LA September 12-13; | N105768-78 | |
| 561 | e-mail from Culling to Karam et. al., October 2, 2000 | CIS 32177-79 | |
| 570 | Pre-filing correspondence between Network-1 and Extreme | N102730; NET3339-40; NET 3364, N102759 | |
| 571 | Letter from Mintz Levin to Linksys, Inc., dated January 14, 2005 | NET 3337-38 | |
| 572 | Pre-filing correspondence between Network-1 and Foundry | N102728; NET3412-13; TF9610-9631; N633-634. | |
| 573 | Pre-filing correspondence between Network-1 and Enterasys | ENT-N100050378; ENT-N100050386-88 | |
| 575 | Letter from Corey Horowitz to Steven Litchfield of Microsemi, dated June 17, 2008 (and attachment) | N111443-471 | |
| 576 | Summary:  Defendants' statements describing accused devices as "switches" | N149713-787 | |
| 577 | Summary:  Defendants' statements describing accused access devices | N149788-833 | |
| 578 | Summary:   Defendants' statements describing Ethernet cable connections | N149834-960 | |
| 579 | Summary:  Defendants' part number, POE chip, and port count for accused devices | N149961-993 | |
| 580 | Summary:   Defendants' statements regarding 802.3af compliance | N149994-150059 | |
| 581 | Summary:  Defendants' statements marketing, advertising, and instructing regarding use of PoE | N150060-150418 | |
| 582 | Implementing Power over Ethernet with 3Com® Network Jacks | N100749-756 | |
| 583 | Colwell's Power Structures in the accused products | Colwell report pp. 107, 109-110, 112-128, ¶¶ 253, 257, 258, 265-325 | |
| 584 | Attachment G to expert report of William Wecker, Ph.D. | N/A | |
| 585 | Attachment H to supplemental expert report of William Wecker, Ph.D. | N/A | |

The following exhibits are identified for purposes of <u>impeachment, rebuttal, and/or rehabilitation</u>.

| Pltf.'s Exh. No.2 | Description | Bates Nos. | Category (A= Will; B = May; C = May / May Not Use) |
|---|---|---|---|
| 620a | Expert Report of James M. Knox, March 14, 2010 (excluding exhibits and attachments) for Defendant Cisco Systems, Inc. | N/A | |
| 620b | Expert Report of James M. Knox, March 14, 2010 (excluding exhibits and attachments) for Defendant Cisco-Linksys, LLC | N/A | |
| 620c | Expert Report of James M. Knox, March 14, 2010 (excluding exhibits and attachments) for Defendant Adtran, Inc. | N/A | |
| 620d | Expert Report of James M. Knox, March 14, 2010 (excluding exhibits and attachments) for Defendant Enterasys Networks | N/A | |
| 620e | Expert Report of James M. Knox, March 14, 2010 (excluding exhibits and attachments) for Defendant Extreme Networks | N/A | |
| 620f | Expert Report of James M. Knox, March 14, 2010 (excluding exhibits and attachments) for Defendant Foundry Networks | N/A | |
| 620g | Expert Report of James M. Knox, March 14, 2010 (excluding exhibits and attachments) for Defendant 3Com Corporation | N/A | |
| 621a | Knox Report re Cisco Systems, Appendix 4 | N/A | |
| 621b | Knox Report re Cisco-Linksys, Appendix 4 | N/A | |
| 621c | Knox Report re Adtran Inc., Appendix 4 | N/A | |
| 621d | Knox Report re Enterasys Networks, Appendix 4 | N/A | |
| 621e | Knox Report re Extreme Networks, Appendix 4 | N/A | |
| 621f | Knox Report re Foundry Networks, Appendix 4 | N/A | |
| 621g | Knox Report re 3Com Corporation, Appendix 4 | N/A | |
| 622 | Rebuttal expert report of James M. Knox, dated April 19, 2010 | N/A | |
| 623 | Expert report of Robert Mills, March 15, 2010 | N/A | |
| 624 | Rebuttal expert report of Robert Mills, April 19, 2010 | N/A | |
| 625 | Expert report of William Wecker, March 15, 2010 | N/A | |
| 626 | Supplemental report of William Wecker, March 25, 2010 | N/A | |
| 627 | Rebuttal expert report of Emmett Murtha, April 19, 2010 | N/A | |

[2] Plaintiff reserves all objections to Defendants' effort to offer or admit any exhibit identify by Plaintiff on this portion of its exhibit list and does not admit the relevance, authenticity, or admissibility of any of the exhibits identified herein.

| 628 | Expert Report of Dr. Robert P. Colwell | N/A | |
|-----|----------------------------------------|-----|--|
| 629 | Paragraphs 445 and 455 of Colwell report | N/A | |
| 630 | PoE / MOSFET venn diagram (Colwell deposition exhibit 15) | N/A | |
| 631 | Large Capacity Central Office Twisted Pair Cable (Colwell deposition exhibit 16) | N/A | |
| 632 | Claim construction declaration of Dr. Colwell (Dkt. #205-4) | N/A | |
| 633 | Expert Report of Dr. Melvin Ray Mercer Regarding Invalidity of U.S. Patent No. 6,218,930 | N/A | |
| 634 | Expert Report of Steven B. Carlson, April 19, 2010 | N/A | |
| 635 | Initial Expert Report of Steven B. Carlson; *Network-1 v. D-Link* | N23143-23168 | |
| 636 | Rebuttal Expert Report of Steven Carlson; *Network-1 v. D-Link* | N23169-23188 | |
| 637 | Rebuttal Expert Report and Disclosure of Julie L. Davis, April 19, 2010 | N/A | |
| 638 | Expert Report of Charles Donohoe, March 15, 2010 | N/A | |
| 639 | Expert Report of Brian Napper, April 19, 2010 | N/A | |
| 640 | Rebuttal Expert Report of Russell W. Winer, April 14, 2010 | N/A | |
| 641 | Rebuttal Expert Report of Richard L. Donaldson, April 19, 2010 | N/A | |
| 642 | Combined trial testimony of Richard Donaldson | N/A | |
| 643 | *Markman* Order in Network-1 v. Cisco et al. | N/A | |
| 644 | *Markman* Order in Network-1 v. Cisco et al. (section on secondary power source) | N/A | |
| 645 | *Markman* Order in Network-1 v. D-Link | N/A | |
| 646 | *Markman* Order in Network-1 v. D-Link (section on low level current) | N/A | |
| 647 | Expert Report of Rich Seifert re: non infringement | DLINK001014-1042 | |
| 648 | Expert Report of Daniel Slottje (Redacted) | DLINK001307-1377 | |
| 649 | Expert Report of Matthew Lynde (Redacted) | DLINK001378-1431 | |
| 650 | Cisco and Linksys Responses to Common Interrogatories 1, 3, 4, 5, 6, 7, 8, 9, 11-17, 19 | N/A | |
| 651 | Cisco and Linksys response to individual interrogatories 21, 24, and 26 | N/A | |
| 652 | Linksys PoE chip data (CISCO 0793033). | CISCO 0793033-N | |
| 653 | Adtran Responses to Common Interrogatories 1,3,4,5,6,7,8,9,11-17,19 | N/A | |
| 654 | Adtran response to individual interrogatories 21, 24, 26 | N/A | |
| 655 | Enterasys responses to common interrogatories 1, 3, 4, 5, 6, 7, 8, 9, 11-17, 19. | N/A | |
| 656 | Enterasys response to individual interrogatories 21, 24, 26 | N/A | |
| 657 | Extreme responses to common interrogatories 1, 3, 4, 5, 6, 7, 8, 9, 11-17, 19. | N/A | |

| 658 | Extreme response to individual interrogatories 21, 24, 26 | N/A | |
|-----|-----------------------------------------------------------|-----|---|
| 659 | Foundry responses to <u>common</u> interrogatories 1, 3, 4, 5, 6, 7, 8, 9, 11-17, 19. | N/A | |
| 660 | Foundry response to individual interrogatories 21, 24, 26 | N/A | |
| 661 | 3Com responses to <u>common</u> interrogatories 1, 3, 4, 5, 6, 7, 8, 9, 11-17, 19. | N/A | |
| 662 | 3Com response to individual interrogatories 21, 24, 26 | N/A | |
| 663 | Cisco e-mail correspondence with counsel re '930 patent | CISCO 793687-88; CISCO793724; CISCO 793571-72; CISCO793575-76 | |
| 664 | Correspondence between John Garland and Enterasys | ENT-N1 50380-85 | |
| 665 | Letter from Thomas Loureiro to Corey Horowitz | ENT-N1 50389 | |
| 667 | Employee Proprietary Information and Disclosure of Inventions Agreement,  Pat Evans, January 5, 1999 | N73614-73631 | |
| 668 | Employee Proprietary Information and Disclosure of Inventions Agreement, Edward Caceres, | N73636-73639 | |
| 669 | United States Patent 6,574,242 | CISCO 635630-59 | |
| 670 | Emails between George Conant & Corey Horowitz re review of terms; Board Minutes 2003-10-08.doc, Patent Memo 2003-10-10 attached, 10/10/03-10/13/03 | CON 707-717 | |
| 671 | emails between george conant and ron keenan re fw: power over ethernet 05/09/03 | CON 3949-50 | |
| 672 | Emails between Corey Horowitz, George Conant, David (Powerdsine) re Talking Points, 6/16/04-6/23/04 | CON 1809-10 | |
| 673 | "Network-1 Announces Power Up Licensing Program," Network-1 Press Release, August 12, 2005 | NET 000852-55 | |
| 674 | "Network-1 Announces Special Licensing Program For Early Adopters of Essential IEEE 802.3af Power Over Ethernet (PoE) Technology," Network-1 Press Release, June 30, 2008. | N149711-149712 | |
| 675 | Power Up Licensing Program | N093506-7 | |
| 676 | Power Up Licensing Program | N100834-7 | |
| 677 | Preliminary Licensing Assistance Network-1 Patent, Ocean Tomo, February 25, 2005 | OT 0089-109 | |
| 678 | 2008 Special Licensing Program | N110947-48 | |
| 679 | Letter from Thompson to Merlot, September 21, 2001 | N110732 | |
| 680 | Letter of Assurance faxed from Ron Keenan to IEEE, sent July 2, 2003 | N28779-80 | |
| 681 | e-mail from Horowitz to Barry, May 21, 2003 | N111535-36 | |

| 682 | Email exchange between Corey Horowitz and Steve Carlson dated June 26, 2003 | N67851 | |
| 683 | Email from Corey Horowitz to George Conant et al., dated July 2, 2003 | CON 1444 | |
| 684 | e-mail from Keenan to Corey, re: IEEE Letter, July 2, 2003 | N111524 | |
| 685 | IEEE presentation on Intellectual property (part of depo exhibit 1 to David Ringle's deposition) | N 151681-151732 | |
| 686 | Minutes from the March 27, 2006 meeting of IEEE's Patent Committee (depo exhibit 2 to David Ringle's deposition) | N151676-151680 | |
| 687 | Memorandum and Order in Chrimar Systems, Inc. v. Cisco Systems, Inc., May 13, 2004. | N151626-151675 | |
| 688 | "Inventions, Industry Standards, and Intellectual Property" by Mark R. Patterson, 04/19/02 | CISCO 0805436-77 | |
| 689 | "The Value of Patents in Industry Standards: Avoiding License Arbitrage with Voluntary Rules" by Justin Hurwitz, AIPLA Quarterly Journal Winter, 2008 | CISCO 0805482-509 | |
| 690 | E-mail from Carlson to Corey; March 11, 2004 | N67853 | |
| 691 | DTE power over MDI Presentation | N111631-111644 | |
| 692 | Minutes for the DTE Power via MDI IEEE 802.3 Call for Interest Meeting | IEEE/ N1 2748-50 | |
| 693 | Deposition transcript of Edward Caceres, 12/07-12/08/06 (D-Link) | N/A | |
| 694 | Deposition transcript of Edward Caceres 5/26-5/27/09 | N/A | |
| 695 | Deposition transcript of George Conant 09/21/09 | N/A | |
| 696 | Deposition transcript of William Crutcher 12/06/06 (D-Link) | N/A | |
| 697 | Deposition transcript of William Crutcher 5/14/09 | N/A | |
| 698 | Deposition transcript of Joseph Deptula 1/25/07 (D-Link) | N/A | |
| 699 | Deposition transcript of Joseph Deptula 09/24/09 | N/A | |
| 700 | Deposition transcript of Victoria Desidero 02/22/10 | N/A | |
| 701 | Deposition transcript of David Dwelley 11/05/09 | N/A | |
| 702 | Deposition transcript of Patrick Evans 04/06/06 (D-Link) | N/A | |
| 703 | Deposition transcript of Patrick Evans 08/18/09-08/19/09 | N/A | |
| 704 | Deposition transcript of Corey Horowitz 01/09-01/10/07 (D-Link) | N/A | |
| 705 | Deposition transcript of Corey Horowitz 05/15/09 | N/A | |
| 706 | Deposition transcript of Corey Horowitz 04/21/10 | N/A | |
| 707 | Deposition transcript of Boris Katzenberg 01/26/07 (D-Link) | N/A | |
| 708 | Deposition transcript of Boris Katzenberg 05/12-05/13/09 | N/A | |
| 709 | Deposition transcript of Ronald Keenan 12/01/06 (D-Link) | N/A | |

| 710 | Deposition transcript of Ronald Keenan 12/21/09 | N/A | |
| 711 | Deposition transcript of Michael McCormack 30(b)(6) 3/11/10 | N/A | |
| 712 | Deposition transcript of Michael McCormack 3/11/10 | N/A | |
| 713 | Deposition transcript of David Ringle 04/13/10 | N/A | |
| 714 | Deposition transcript of James Toman 11/30/06 (D-Link) | N/A | |
| 715 | Deposition transcript of James Toman 2/22/10 | N/A | |
| 716 | Deposition transcript of Chris Widmann 12/16/09 | N/A | |
| 717 | Deposition transcript of Richard Baker 3/17/10 | N/A | |
| 718 | Deposition transcript of Richard Baker 12/09/09 | N/A | |
| 719 | Deposition transcript of Steven Carlson 4/30/10 | N/A | |
| 720 | Deposition transcript of William Choe 4/30/10 | N/A | |
| 721 | Deposition transcript of Thomas Edsall 12/11/09 | N/A | |
| 722 | Deposition transcript of James Hiscock 2/18/10 | N/A | |
| 723 | Deposition transcript of Paul Hooper 2/10/10 | N/A | |
| 724 | Deposition transcript of Douglas Hyde 2/18/10 | N/A | |
| 725 | Deposition transcript of Roger Karam 12/16/09 | N/A | |
| 726 | Deposition transcript of Paul LaJeunesse 02/11/10 | N/A | |
| 727 | Deposition transcript of Dan Lang 4/30/10 | N/A | |
| 728 | Deposition transcript of Thomas Loureiro 12/17/09 | N/A | |
| 729 | Deposition transcript of Alan Miano 3/17/10 | N/A | |
| 730 | Deposition transcript of Jason Pang 2/4/10 | N/A | |
| 731 | Deposition transcript of Karl Pieper 12/17/09 | N/A | |
| 732 | Deposition transcript of Tim Saunders 2/11/10 | N/A | |
| 733 | Deposition transcript of Frederick Schindler 12/18/09 | N/A | |
| 734 | Deposition transcript of Kevin Schneider 2/10/10 | N/A | |
| 735 | Deposition transcript of Kevin Schneider 9/23/09 | N/A | |
| 736 | Deposition transcript of Benjamin Taft 2/17/10 | N/A | |
| 737 | Deposition transcript of Ben Wong 2/26/10 | N/A | |
| 738 | Deposition transcript of Paul Wooten 9/24/09 | N/A | |

Dated:  June 8, 2010                                                 Respectfully submitted,


By:   /s/ Jeff Eichmann_____
      Gregory S. Dovel
      CA State Bar No. 135387
      John Jeffrey Eichmann
      CA State Bar Mo. 227472
      Sean A. Luner
      CA State Bar No. 165443
      DOVEL & LUNER, LLP
      201 Santa Monica Blvd., Suite 600
      Santa Monica, CA 90401
      Telephone: 310-656-7066
      Facsimile: 310-657-7069
      Email: greg@dovellaw.com
      Email: jeff@dovellaw.com
      Email: sean@dovellaw.com

      T. John Ward, Jr.
      State Bar No. 00794818
      WARD & SMITH LAW FIRM
      111 W. Tyler St.
      Longview, Texas 75601
      Telephone: (903) 757-6400
      Facsimile: (903) 757-2323
      Email: jw@jwfirm.com


**<u>CERTIFICATE OF SERVICE</u>**

     This is to certify that a true and correct copy of the above and foregoing document was served, via E-mail, on counsel for Defendants this 8th day of June, 2010.


          */s/ Jeff Eichmann_____*