UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br>   Plaintiff,<br><br>   v.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation,<br>   Defendants. | Case No.: 6:08-CV-030 – (LED)<br>Jury |

### NOTICE OF SERVICE OF DEFENDANT'S, 3COM CORPORATION, OBJECTIONS AND COUNTERDESIGNATIONS FOR WITNESSES MICHAEL McCORMACK AND JAMES HISCOCK

Notice is hereby given that Defendant 3COM CORPORATION ("3COM"), by and through its undersigned counsel, on June 8, 2010, served all parties 3COM's objections and counterdesignations for Witnesses Michael McCormack and James Hiscock.

Dated: June 8, 2010      Respectfully submitted,

              ***/s/ Melvin R. Wilcox,*** III
              Melvin R. Wilcox, III
              State Bar No. 21454800
              YARBROUGH ♦ WILCOX, PLLC
              100 E. Ferguson St., Suite 1015
              Tyler, Texas 75702
              Telephone: (903) 595-1133
              Facsimile:  (903) 595-0191
              mrw@yw-lawfirm.com

              ***Attorneys for 3Com Corporation***

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on June 8, 2010.

*/s/ Melvin R. Wilcox, III*
MELVIN R. WILCOX, III