IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., | § § § | |
| Plaintiff, | § § | Case No. 6:08-cv-030-LED |
| v. | § § § | JURY TRIAL DEMANDED |
| CISCO SYSTEMS, INC., et al., | § § § | |
| Defendants. | § | |

**DEFENTANTS' NOTICE OF COMPLIANCE**

Defendants Cisco Systems, Inc. and Cisco-Linksys, L.L.C., (collectively hereinafter "Cisco") hereby file this notice confirming that on June 9, 2010 they served their Objections to Plaintiff's Counter Designations via electronic mail on all counsel of record pursuant to this Court's May 18, 2010 Order Granting Fourth Joint Motion to Extend or Modify Certain Deadlines.

Dated: June 9, 2010

Respectfully submitted,

/s/ Eric H. Findlay
Eric H. Findlay
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
Tel. No. (903) 534-1100
Fax No. (903) 534-1137
E-mail: efindlay@findlaycraft.com

William F. Lee – Lead Attorney
(Massachusetts SBN 291960)
(admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
william.lee@wilmerhale.com

Mark Selwyn (California SBN 244180)
(admitted *pro hac vice*)
Niki Z. Moore (California SBN 244968)
(admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Tel: (650) 858-6000
Fax: (650) 858-6100
mark.selwyn@wilmerhale.com
niki.moore@wilmerhale.com

Collin Michael Maloney
Mandy Carroll Nelson
Otis W Carroll , Jr
Ireland Carroll & Kelley
6101 S Broadway
Suite 500
Tyler, TX 75703
(903) 561-1600
Fax: (903) 581-1071
Email: fedserv@icklaw.com
Email: mnelson@icklaw.com
Email: fedserv@icklaw.com

David Beck (SBN 00000070)
Joe W. Redden Jr. (SBN 16660600)
Michael Richardson (SBN 24002838)
Beck Redden & Secrest LLP
122 McKinney Street, Suite 4500
Houston, TX 77010-2010
Tel: (713) 951-3700
Fax: (713) 951-3720
dbeck@brsfirm.com
jredden@brsfirm.com
mrichardson@brsfirm.com

**ATTORNEYS FOR CISCO SYSTEMS, INC. AND CISCO-LINKSYS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Eric H. Findlay_____
ERIC H. FINDLAY