# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation, | |
| Plaintiff, | Case No. 6:08cv030-LED |
| vs. | Jury Trial Requested |
| CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation, | |
| Defendants. | |

## DEFENDANT FOUNDRY NETWORKS LLC'S NOTICE OF COMPLIANCE REGARDING OBJECTIONS TO REBUTTAL DEPOSITION DESIGNATIONS

Defendant Foundry Networks LLC hereby files this notice confirming that it caused its objections to rebuttal deposition designations to be served on Plaintiff Network-1 Security Solutions, Inc. on June 9, 2010 via electronic mail on all counsel of record.

Dated: June 9, 2010

        Respectfully submitted,

        */s/ John D. Hamann*

Henry C. Bunsow, Esq.
K.T. Cherian, Esq.
John D. Hamann, Esq.
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Tel: (415) 848-4900
Fax: (415) 848-4999
bunsowh@howrey.com
cheriank@howrey.com
hamannj@howrey.com

S. Calvin Capshaw, Esq.
State Bar No. 03783900
Elizabeth DeRieux, Esq.
State Bar No. 05770585
CAPSHAW DERIEUX, LLP
220 Energy Centre
1127 Judson Road
Longview, Texas 75606
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Attorneys for Defendant
**FOUNDRY NETWORKS LLC**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 9, 2010.

>  */s/ John D. Hamann*
>  John D. Hamann