# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation, | |
| Plaintiff, | Case No.  6:08cv030-LED |
| vs. | Jury Trial Requested |
| CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation, | |
| Defendants. | |

## DEFENDANT EXTREME NETWORKS, INC.'S NOTICE OF COMPLIANCE

Defendant Extreme Networks, Inc. ("Extreme Networks") hereby files this notice confirming that on June 9, 2010 it served its Objections to Network-1 Security Solutions, Inc.'s Rebuttal Deposition Designations via electronic mail on all counsel of record pursuant to this Court's May 18, 2010 Order Granting Fourth Joint Motion to Extend or Modify Certain Deadlines.

June 9, 2010											Respectfully submitted,

/s/ *Behrooz Shariati*
Behrooz Shariati (California SBN 174436)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Tel:  (650) 739-3939
bshariati@jonesday.com

**ATTORNEY FOR DEFENDANT
EXTREME NETWORKS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ *Behrooz Shariati*
Behrooz Shariati

SVI-81829