IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., ET AL<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 6:08CV30 |

**ORDER**

The Court **DENIES** Defendant Foundry Networks, LLC for Leave to Exceed the Page Limit for its Reply Briefing for Summary Judgment Motions (Docket No. 425). The Local Rules' page limits ease the burden of motion practice on both the Court and the parties. This Court has hundreds of complex cases and deals with a large number of motions each year. It has become common practice for parties to regularly expect to exceed the District's page limits on nearly all briefs filed in this Court, which has placed an increased burden on the Court. Even small extensions combine to greatly increase the number of pages of briefing the Court must digest, as well as ruling on all of the motions to exceed page limits. Accordingly, the Court **DENIES** the motion. Foundry Networks may refile its Reply in compliance with the page limits rules within one business day, otherwise the Court will only consider the motion to the extent it complies with the rules. *See* Local Rule CV-7(l). Further, the Court reminds the parties that all filings in this Court shall be in 12-point, double-spaced, Times New Roman font with no less than 1 inch margins.

**So ORDERED and SIGNED this 11th day of June, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**