# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC. | § § § § | |
| Plaintiff, | § § | CASE NO. 6:08CV30 |
| vs. | § § § | |
| CISCO SYSTEMS, INC., ET AL | § § | |
| Defendants. | § | |

## ORDER

The Court **ORDERS** a response from all parties by June 16, 2010 and a reply by June 18, 2010 to Defendant Foundry Networks LLC's Motion to Reset Trial Date (Docket No. 411). The Court advises the parties that it does not generally set trials in August.

**So ORDERED and SIGNED this 11th day of June, 2010.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**