# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation, <br><br> Defendants. | Case No. 6:08cv030-LED <br><br> Jury Trial Requested |

## **DEFENDANT EXTREME NETWORKS, INC.'S NOTICE OF COMPLIANCE**

Defendant Extreme Networks, Inc. ("Extreme Networks") hereby files this notice confirming that on June 11, 2010 it served Defendants' Notice Pursuant to 35 U.S.C. § 282 via electronic mail and first class mail upon the following counsel:

Sean Luner
DOVEL & LUNER
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
luner@dovellaw.com

Thomas J. Ward, Jr.
WARD & SMITH LAW FIRM
P.O. Drawer 1231
Longview, TX 75606-1231
jw@jwfirm.com

June 11, 2010                                    Respectfully submitted,

/s/ *Behrooz Shariati*
Behrooz Shariati (California SBN 174436)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Tel:  (650) 739-3939
bshariati@jonesday.com

**ATTORNEY FOR DEFENDANT
EXTREME NETWORKS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ *Behrooz Shariati*
Behrooz Shariati

SVI-81895