**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation, | |
| Plaintiff, | Case No.  6:08cv030-LED |
| vs. | Jury Trial Requested |
| CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation, | |
| Defendants. | |

**DEFENDANT FOUNDRY NETWORKS LLC'S
NOTICE OF COMPLIANCE REGARDING SECTION 282 NOTICE**

Defendant Foundry Networks LLC hereby files this notice confirming that it caused its

notice pursuant to 35 U.S.C. § 282 to be served on counsel for Plaintiff Network-1 Security

Solutions, Inc. on June 11, 2010 via electronic mail and first class mail.

Dated:  June 11, 2010

> Respectfully submitted,
> */s/ John D. Hamann*
> Henry C. Bunsow, Esq.
> K.T. Cherian, Esq.
> John D. Hamann, Esq.
> HOWREY LLP
> 525 Market Street, Suite 3600
> San Francisco, California 94105
> Tel: (415) 848-4900
> Fax: (415) 848-4999
> bunsowh@howrey.com
> cheriank@howrey.com
> hamannj@howrey.com
>
> S. Calvin Capshaw, Esq.
> State Bar No. 03783900
> Elizabeth DeRieux, Esq.
> State Bar No. 05770585
> CAPSHAW DERIEUX, LLP
> 220 Energy Centre
> 1127 Judson Road
> Longview, Texas 75606
> Telephone: (903) 236-9800
> Facsimile: (903) 236-8787
> ccapshaw@capshawlaw.com
> ederieux@capshawlaw.com
>
> Attorneys for Defendant
> **FOUNDRY NETWORKS LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 11, 2010.

> */s/ John D. Hamann*
> John D. Hamann

2