**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **NETWORK-1 SECURITY SOLUTIONS, INC.** | ) Civil Action No.: 6:08-cv-30 (LED) |
| **Plaintiff,** | ) JURY TRIAL |
| v. | ) |
| **CISCO SYSTEMS, INC., ET AL.,** | ) |
| **Defendants.** | ) |

**DEFENDANTS CISCO SYSTEMS, INC. AND CISCO-LINKSYS, LLC'S NOTICE OF COMPLIANCE REGARDING SECTION 282 NOTICE**

NOW COME, Defendants Cisco Systems, Inc. and Cisco-Linksys, LLC ("Cisco") and hereby file this notice confirming that they served their notice pursuant to 35 U.S.C. § 282 on counsel for Plaintiff Network-1 Security Solutions, Inc. on June 11, 2010 via electronic mail and first class mail.

Dated: June 14, 2010

Respectfully submitted,

By: /s/ Eric H. Findlay
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
Telephone: 903-534-1100
Fax: 903-534-1137
efindlay@findlaycraft.com

Of Counsel:

William F. Lee – Lead Attorney
(Massachusetts SBN 291960)
(admitted *pro hac vice*)
WILMER CUTLER PICKERING

HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
william.lee@wilmerhale.com

Mark Selwyn (California SBN 244180)
(admitted *pro hac vice*)
William J. Bohler (California SBN 141970)
(admitted *pro hac vice*)
Niki Z. Moore (California SBN 244968)
(admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Tel: (650) 858-6000
Fax: (650) 858-6100
mark.selwyn@wilmerhale.com
william.bohler@wilmerhale.com
niki.moore@wilmerhale.com

**ATTORNEYS FOR CISCO SYSTEMS, INC. AND CISCO-LINKSYS, LLC**

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 14th day of June 2010.

/s/ Eric H. Findlay
Eric H. Findlay