**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation, | CASE NO. 6:08cv030-LED |
| Plaintiff, | Jury Demanded |
| vs. | |
| CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation; | |
| Defendants. | |

**Plaintiff Network-1's Notice of Compliance**

Pursuant to the Court's May 18, 2010, Order Granting Fourth Joint Motion to Extend or Modify Certain Deadlines, Plaintiff Network-1 Securities Solutions Inc. ("Network-1") served counsel for Defendants by email with objections to Defendants' counterdesignations of deposition testimony on June 9, 2010. In addition, pursuant to agreement between counsel for the parties, Network-1 served additional objections to counter-designations made by 3Com and Enterasys on June 10, 2010. The complete set of objections and counter-designations made on June 9 and June 10 is attached as Exhibit 1.

Dated: June 14, 2010                    Respectfully submitted,

By:   _/s/ Jeff Eichmann_____

Gregory S. Dovel
CA State Bar No. 135387
John Jeffrey Eichmann
CA State Bar Mo. 227472
Sean A. Luner
CA State Bar No. 165443
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069
Email: greg@dovellaw.com
Email: jeff@dovellaw.com
Email: sean@dovellaw.com

T. John Ward, Jr.
State Bar No. 00794818
WARD & SMITH LAW FIRM
111 W. Tyler St.
Longview, Texas 75601
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
Email: jw@jwfirm.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document was served, via E-mail, on counsel for Defendants this 14th day of June, 2010.

/s/ *Jeff Eichmann*