**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation, | |
| Plaintiff, | Case No.  6:08cv030-LED |
| vs. | Jury Trial Requested |
| CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation, | |
| Defendants. | |

## DEFENDANT 3COM CORPORATION'S REBUTTAL TRIAL WITNESS LIST

Defendant 3COM Corporation ("3COM"), pursuant to the Court's Docket Control Order entered in this case, files this statement concerning identification and categorization of rebuttal trial witnesses.

3COM may call for rebuttal and impeachment purposes, live, by video, or by deposition, any witness on 3COM's Trial Witness List (Docket No. 359), the Trial Witness Lists of any other defendant, and/or Plaintiff's Witness List, including any rebuttal or supplemental witness lists.

Dated:  June 15, 2010

Respectfully submitted,

/s/Melvin R. Wilcox, III
Melvin R. Wilcox, III
Texas Bar No. 21454800
YARBROUGH WILCOX, PLLC
100 E. Ferguson St., Suite 1015
Tyler, Texas 75702
Tel:  (903) 595-1133
Fax:  (903) 595-0191
mrw@yw-lawfirm.com

Jeffrey E. Ostrow (*pro hac vice*)
California SBN 213118
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA  94304
Tel:  (650) 251-5000
Fax:  (650) 251-5002
jostrow@sbtlaw.com

**ATTORNEYS FOR DEFENDANT
3COM CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of June, 2010, a true and correct copy of the foregoing instrument was served upon all parties via electronic mail.

/s/ Melvin R. Wilcox, III
Melvin R. Wilcox, III