# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation,<br><br>        Defendants. | CASE NO. 6:08cv030-LED |

## JOINT ESTIMATES OF TIME FOR JURY SELECTION AND TRIAL

Network-1 estimates the probable length of trial will be 6-7 days. Network-1 requests 17 hours per side for direct, cross, and rebuttal examination. Network-1 further requests 30 minutes per side for voir dire, 45 minutes per side for opening statements, and 1 hour per side for closing arguments.

Defendants request 30 minutes for voir dire, 45 minutes for an opening statement, 18 hours for direct and cross examinations and rebuttal examinations, and 1 hour for closing arguments. Defendants believe that the time allocations they propose results in a trial of 6 days. If Cisco's motion to sever is granted, then Cisco requests 30 minutes for voir dire, 30 minutes for

an opening statement, 12 hours for direct and cross examinations and rebuttal examinations, and 45 minutes for closing arguments.

Dated: June 15, 2010                                  Respectfully submitted,

/s/ Eric H. Findlay
Eric H. Findlay
State Bar No. 00789886
Findlay Craft, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, TX 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
efindlay@findlaycraft.com

Of Counsel:

William F. Lee – Lead Attorney
(Massachusetts SBN 291960)
(admitted pro hac vice)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000
william.lee@wilmerhale.com

Mark Selwyn (California SBN 244180)
(admitted pro hac vice)
Niki Z. Moore (California SBN 244968)
(admitted pro hac vice)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Tel: (650) 858-6000
Fax: (650) 858-6100
mark.selwyn@wilmerhale.com
william.bohler@wilmerhale.com
niki.moore@wilmerhale.com

Collin Michael Maloney
Mandy Carroll Nelson
Otis W Carroll , Jr
Ireland Carroll & Kelley
6101 S Broadway
Suite 500
Tyler, TX 75703
(903) 561-1600
Fax: (903) 581-1071
Email: fedserv@icklaw.com
Email: mnelson@icklaw.com
Email: fedserv@icklaw.com

David Beck (SBN 00000070)
Joe W. Redden Jr. (SBN 16660600)
Michael Richardson (SBN 24002838)
Beck Redden & Secrest LLP
122 McKinney Street, Suite 4500
Houston, TX 77010-2010
Tel:  (713) 951-3700
Fax:  (713) 951-3720
dbeck@brsfirm.com
jredden@brsfirm.com
mrichardson@brsfirm.com

**ATTORNEYS FOR CISCO SYSTEMS, INC. AND CISCO-LINKSYS, LLC**

William Cornelius (SBN 04834700)
WILSON, ROBERTSON & CORNELIUS, P.C.
P.O. Box 7339
Tyler, Texas 75711-7339
Tel:  (903) 509-5000
Fax:  (903) 509-5091
wc@wilsonlawfirm.com

Richard C. Vasquez (California SBN 127228)
(admitted pro hac vice)
Jeffrey T. Lindgren (California SBN 176400)
(admitted pro hac vice)
Craig E. Davis (California SBN 221356)
(admitted pro hac vice)

Melvin R. Wilcox, III (SBN 21454800)
YARBROUGH WILCOX, PLLC
100 E. Ferguson St., Suite 1015
Tyler, Texas 75702
Tel:  (903) 595-1133
Fax:  (903) 595-0191
mrw@yw-lawfirm.com

Jeffrey E. Ostrow (California SBN 213118 )
(admitted pro hac vice)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA  94304

VASQUEZ BENISEK & LINDGREN LLP
3685 Mt. Diablo Blvd, Suite 300
Lafayette, CA 94549
Tel:  (925) 627-4250
Fax:  (925) 403-0900
rvasquez@vbllaw.com
jlindgren@vbllaw.com
cdavis@vbllaw.com

**ATTORNEYS FOR DEFENDANT ENTERASYS NETWORKS, INC.**

Henry C. Bunsow (California SBN 60707)
K.T. Cherian (California SBN 133967)
Constance F. Ramos (California SBN 203637)
John D. Hamann (Georgia SBN 320109)
Subroto Bose (California SBN 230339)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Tel: (415) 848-4900
Fax: (415) 848-4999
bunsowh@howrey.com
cheriank@howrey.com
ramosc@howrey.com
hamannj@howrey.com
boses@howrey.com

**ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT FOUNDRY NETWORKS, INC.**

David D. Bahler – Lead Attorney
(SBN 01513100)
Gilbert A. Greene (SBN 24045976)
FULBRIGHT & JAWORSKI LLP
600 Congress Avenue, Suite 2400
Austin, TX  78701
Tel:  (512) 474-5201
Fax:  (512) 536-4598
dbahler@fulbright.com
ggreene@fulbright.com

**COUNSEL FOR DEFENDANT ADTRAN, INC.**

Tel:  (650) 251-5000
Fax:  (650) 251-5002
jostrow@sbtlaw.com

**ATTORNEYS FOR DEFENDANT 3COM CORPORATION**

Kenneth R. Adamo (SBN 00846960)
Lead Attorney
JONES DAY
2727 North Harwood Street
Dallas, TX  75201-1515
Tel:  (214) 220-3939
Fax:  (214) 969-5100
kradamo@jonesday.com

Behrooz Shariati (California SBN 174436)
Eric Cha (California SBN 204538)
(admitted pro hac vice)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Tel:  (650) 739-3939
bshariati@jonesday.com
echa@jonesday.com

**ATTORNEYS FOR DEFENDANT EXTREME NETWORKS, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 15, 2010. Any other counsel of record will be served by facsimile or first class mail.

/s/ Eric H. Findlay
Eric H. Findlay