## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation, | |
| Plaintiff, | CASE NO.  6:08cv030-LED |
| vs. | Jury Demanded |
| CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation; | |
| Defendants. | |

### Notice of Supplemental Authority re
### Plaintiff Network-1's Motion to Exclude Opinions and Testimony of Ms. Julie L. Davis

Plaintiff Network-1 files this notice of supplemental authority in reference to Plaintiff Network-1's Motion to Exclude Opinions and Testimony of Ms. Julie L. Davis.  In particular, Network-1 informs the Court of the Federal Circuit's decision issued yesterday, *Wordtech Systems v. Integrated Networks Solutions et al.* (09-1454) (Fed. Cir. June 16, 2010) (attached as Exhibit 1), where the Federal Circuit held in accord with the general premise of Network-1's *Daubert* motion – that lump sum license agreements cannot be used as a metric of comparison for determining the reasonable royalty for another license, absent data regarding relative extent of use:

> [T]he two lump-sum licenses provide no basis for comparison with INSC's infringing sales. Neither license describes how the parties calculated each lump sum, the licensees' intended products, or how many products each licensee expected to produce . . .  If Wordtech's previous licensee paid $350,000 to produce one thousand devices, for example, INSC would not have agreed ex ante to pay $250,000 if it expected to make only fifty-six units. Thus, without additional data, the licenses offered the jury "little more than a recitation of royalty numbers." *Lucent*, 580 F.3d at 1329.

*Wordtech* at 21-22.

Dated:  June 17, 2010                              Respectfully submitted,

                                                   By: /s/ Sean A. Luner
                                                        Sean A. Luner
                                                        State Bar No. 165443
                                                        Gregory S. Dovel
                                                        State Bar No. 135387
                                                        Dovel & Luner, LLP
                                                        201 Santa Monica Blvd., Suite 600
                                                        Santa Monica, CA 90401
                                                        Telephone: 310-656-7066
                                                        Facsimile: 310-657-7069
                                                        Email: sean@dovellaw.com
                                                        Email: greg@dovellaw.com

                                                        T. John Ward, Jr.

1

State Bar No. 00794818
Ward & Smith Law Firm
111 W. Tyler St.
Longview, Texas 75601
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
Email: jw@jwfirm.com
Eric M. Albritton
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (office)
(903) 758-7397 (fax)
ema@emafirm.com
www.emafirm.com
ATTORNEYS FOR PLAINTIFF,
NETWORK-1 SECURITY SOLUTIONS,
INC.

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the above and foregoing document was served, via email, on counsel for Defendants this 17th day of June, 2010.

<u>/s/ Sean A. Luner</u>
Sean A. Luner