IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation,<br><br>    Defendants. | CASE NO. 6:08cv030-LED |

**ORDER**

The Court, having read and consider the Stipulation of Plaintiff Network-1 Security Solutions, Inc. and Defendant Adtran, Inc., and good cause appearing, hereby ORDERS as follows:

1.    Adtran's motion for partial summary judgment of no pre-filing damages (dkt. # 286) is GRANTED on the ground that Network-1 has not adduced evidence of Adtran's pre-filing infringement of asserted claims 6 and 9 of the '930 patent (but on no other ground).

2.    Adtran's motion for summary judgment of no willful infringement (contained in dkt. #287) is GRANTED on the ground that Network-1 did not contest the motion (but on no other ground).

**So ORDERED and SIGNED this 22nd day of June, 2010.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**