UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br>    Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation,<br>    Defendants. | Case No.: 6:08-CV-030 – (LED)<br>Jury Trial Demanded |

## **DEFENDANT 3COM CORPORATION'S SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant 3Com Corporation states that on April 12, 2010, 3Com Corporation became a wholly owned subsidiary of Hewlett-Packard Company. Thereafter, on April 29, 2010, 3Com Corporation was merged into Hewlett-Packard Company.

Dated: June 25, 2010

Respectfully submitted,

**/s/ Melvin R. Wilcox,** III
Melvin R. Wilcox, III
State Bar Number 21454800
Yarbrough Wilcox, PLLC
100 E. Ferguson St., Suite 1015
Tyler, Texas 75702
Telephone: 903-595-1133
Fax: 903-595-0191
E-mail: mrw@yw-lawfirm.com

*Attorneys for Defendant*
***3Com Corporation***

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed and/or served electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on June 25, 2010.

                                    */s/ Melvin R. Wilcox, III*
                                    MELVIN R. WILCOX, III