# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC. | § § § § | |
| Plaintiff, | § § | CASE NO. 6:08CV30 |
| vs. | § § | |
| CISCO SYSTEMS, INC., ET AL | § § | |
| Defendants. | § § | |

## ORDER

The Court **DENIES** Plaintiff Network-1's Motion to Exclude Opinions and Testimony of Dr. Melvin Ray Mercer (Docket No. 342).

**So ORDERED and SIGNED this 30th day of June, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**