IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation;<br><br>        Defendants. | CASE NO. 6:08cv030-LED<br><br>Jury Demanded |

## Notice of Unresolved Motions *in limine*

Pursuant to the Court's Order of June 25, 2010 (dkt.# 472 at 5), the parties have further met and conferred regarding their pending motions *in limine* and hereby notify the Court of the status of all filed motions *in limines*.

**I.     Status of Plaintiff's motions *in limine*.**

    **A.     Motions to be heard on July 6.**

Plaintiff Network-1's motions *in limine* numbers 1, 2, 5, 6, 7, 8, 10, 11, 17, 22, 23, 25, and 26 remain unresolved. Plaintiff believes these motions require resolution prior to the start of trial.

- 1 -

### B. Remaining motions.

Plaintiff Network-1's motions *in limine* numbers 15, 18, 19, 20, 21, and 24 are also unresolved. However, Plaintiff believes the issues presented by these motions can be addressed by objection at the time any evidence or argument is proffered by Defendants and that these motions do not require resolution prior to the start of trial.

Plaintiff's motions *in limine* numbers 12, 14, and 16 were previously withdrawn by Plaintiff. Dkt. # 468. Plaintiff's motion *in limine* no. 13 remains unresolved but appears to be undisputed in principle. *Id.*

It appears that Plaintiff's motion *in limine* no. 3 is not in dispute. The parties expect to submit a stipulation regarding this motion before July 6.

## II. Status of Defendants' motions *in limine*.

### A. Motions to be heard on July 6.

Defendants' motions *in limine* number 1 and 2 remain unresolved. Defendants believe these motions require resolution prior to the start of trial.

### B. Remaining motions.

Defendants' motions *in limine* numbers 3, 4, 5, and 6 are also unresolved. However, Defendants do not believe these motions require resolution prior to the start of trial.

Dated: July 1, 2010

Respectfully submitted (on behalf of all parties),

By: /s/ *Jeff Eichmann*
    Gregory S. Dovel
    CA State Bar No. 135387
    Sean A. Luner
    CA State Bar No. 165443
    John Jeffrey Eichmann
    CA State Bar No. 227472
    Dovel & Luner, LLP
    201 Santa Monica Blvd., Suite 600

2

                                  Santa Monica, CA 90401
                                  Telephone: 310-656-7066
                                  Facsimile: 310-657-7069
                                  Email: greg@dovellaw.com
                                  Email: sean@dovellaw.com
                                  Email:  jeff@dovellaw.com

                                  T. John Ward, Jr.
                                  State Bar No. 00794818
                                  Ward & Smith Law Firm
                                  111 W. Tyler St.
                                  Longview, Texas 75601
                                  Telephone: (903) 757-6400
                                  Facsimile: (903) 757-2323
                                  Email: jw@jwfirm.com


                                  ATTORNEYS FOR PLAINTIFF,
                                  NETWORK-1 SECURITY SOLUTIONS,
                                  INC.


**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the above and foregoing document was served, via email, on counsel for Defendants this 1st day of July, 2010.

                                  /s/ *Jeff Eichmann*
                                  John Jeffrey Eichmann