UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br>　　　　　Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation,<br>　　　　　Defendants. | Case No.: 6:08-CV-030 – (LED)<br>Jury Trial Demanded |

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

　　Before this Court is the Motion to Withdraw Counsel for Defendant, 3COM CORPORATION. The Court is of the opinion that the motion should be granted. Therefore, it is hereby

　　ORDERED that the motion is GRANTED, and that Melvin R. Wilcox, III of YARBROUGH♦WILCOX PLLC is hereby withdrawn as counsel for Defendant, 3COM CORPORATION .

　　**So ORDERED and SIGNED this 6th day of July, 2010.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**