**Appendix K**　　　　　　　　　　　　　　　　　　　　　　　　　　**Revised: 1/24/07**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
___TYLER___ DIVISION
APPLICATION TO APPEAR PRO HAC VICE

2010 JUL -7 PM 1:58

TEXAS EASTERN

BY_____

1. This application is being made for the following: Case # __6:08 cv 030-LED__
Style: __Network-1 Security Solutions, Inc. v. Cisco Systems, Inc., et al.__
2. Applicant is representing the following party/ies: __Cisco Systems, Inc. and Cisco-Linksys, LLC__
3. Applicant was admitted to practice in __CA/MA__ (state) on __4-5-04/6-22-05__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__U.S. Court of Appeals for the Federal Circuit; U.S. District Courts for District of Massachusetts and Central District of California__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Lauren B. Fletcher__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __7/7/10__　　　　　　Signature __Lauren B. Fletcher__

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Lauren Fletcher__
State Bar Number __CA-230292, MA-662217__
Firm Name: __WilmerHale, LLP__
Address/P.O. Box: __60 State Street__
City/State/Zip: __Boston, MA 02109__
Telephone #: __(617) 526-6395__
Fax #: __(617) 526-5000__
E-mail Address: __lauren.fletcher@wilmerhale.com__
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __7/7/10__



__David Maland__
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By __Delilie Collazo__
Deputy Clerk

# Receipt for Payment

Receipt No: 6-1-0023018

# United States District Court

for the

Eastern District of Texas at Tyler

Date: Wednesday, July 7, 2010

Received from:

FINDLAY CRAFT

6760 OLD JACKSONVILLE HWY

SUITE 101

TYLER TX  75703

| Account | Amount |
|---|---|
| 6855XX | $100.00 |
| **Total** | **$100.00** |

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Payment method: Check

Case or other reference: 6:08CV30 NETWORK V CISCO

Comments: PHV LAUREN FLETCHER
CHECK NO 2806

Received by: KLS