**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS**

**TYLER DIVISION**

**DATE:** July 14, 2010

| **JUDGE** | **REPORTER:** Shelly Holmes |
|---|---|
| LEONARD DAVIS | |

**LAW CLERK:** Kat Li

| **NETWORK-1 SECURITY SOLUTIONS**<br><br>**V**<br><br>**CISCO SYSTEMS, et al** | **CIVIL ACTION NO**: 6:08-CV-30<br><br>**JURY TRIAL - DAY 3** |
|---|---|

| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEY FOR DEFENDANT** |
|---|---|
| Greg Dovel (Dovel & Luner)<br>John Eichmann (Dovel & Luner)<br>Johnny Ward (Ward & Smith ) | William Lee (Wilmer Cutler Pickering)<br>Mark Selwyn (Wilmer Cutler Pickering)<br>Lauren Fletcher (Wilmer Cutler Pickering)<br>David Beck (Beck Redden & Secrest)<br>Otis Carroll (ICK Firm)<br>Eric Findlay (Findlay Craft)<br>   *For Cisco*<br><br>David Bahler (Fulbright & Jaworski)<br>Gilbert Greene (Fulbright & Jaworski)<br>   *For Adtran*<br><br>Richard Vasquez (Vasquez Benisek & Lindgren)<br>Bill Cornelius (Wilson Law Firm)<br>   *For Enterasys*<br><br>Ken Adamo (Jones Day)<br>Behrooz Shariati (Jones Day)<br>   *For Extreme*<br><br>Henry Bunsow (Howrey Simon Arnold)<br>John Hamann (Howrey)<br>Sonny Cherian (Howrey)<br>Calvin Capshaw (Capshaw & DeRieux)<br>   *For Foundry*<br><br>Jeff Ostrow (Simpson Thacher Bartlett)<br>Kerry Konrad (Simpson)<br>   *For 3Com* |

**FILED: 7.14.2010**

**DAVID J. MALAND, CLERK**

BY: *Rosa L. Ferguson*, Courtroom Deputy

PAGE 2 - Proceedings Continued

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:** 9:10 AM   **ADJOURN:** 5:05 pm

| TIME: | MINUTES: |
|---|---|
| 9:10 am | Trial resumed. **Jury seated in the courtroom.** |
|  | Mr. Eichmann addressed the Court and offered **Plaintiff's Exhibit List #2**, which contains **Plaintiff's Exhibits #132, 143, 342, 393, 397 - 401, 403, 464 - 471, 502, 512 - 516, 518, 540, 570, 572, 573, 580**. Without objection, **Plaintiff's Exhibit List #2 admitted**. Mr. Eichmann offered separately, **Plaintiff's Exhibits #231, 423, 463 and 503**, and without objection exhibits admitted. |
|  | Mr. Eichmann addressed the Court on video depositions of 19 witnesses and the time was provided to the Clerk who tendered to the Court. |
|  | Mr. Eichmann called **STEVEN CARLSON** by Video Deposition. Video played for the jury. |
|  | Mr. Eichman called **MICHAEL McCORMACK** by Video Deposition. Video played for the jury. Mr. Eichman called **MICHAEL McCORMACK** by Video Deposition. (Testimony from the Witness's current employer) Video played for the jury. |
|  | Mr. Eichman called **DAVID DWELLEY** by Video Deposition. Video played for the jury. |
|  | Mr. Eichman called **ROGER KARAM** by Video Deposition. Video played for the jury. |
|  | Mr. Eichman called **FREDRICK SCHINDLER** by Video Deposition. Video played for the jury. Mr. Eichmann addressed the Court on a clip that may have been cut. Defendants' counsel concurred. Mr. Eichmann addressed the Court and it will be figured out at the break. |
|  | Mr. Eichman called **WILLIAM CHOE** by Video Deposition. Video played for the jury. |
|  | Mr. Eichman called **CHRIS WIDMANN** by Video Deposition. Video played for the jury. |
| 10:25 am | Court in recess until 10:40 am. |
| 10:50 am | Trial resumed. **Jury seated in the courtroom.** |
|  | Mr. Eichman called **PAUL HOOPER** by Video Deposition. Video played for the jury. |
|  | Mr. Eichman called **JIM HISCOCK** by Video Deposition. Video played for the jury. |
|  | Mr. Eichman called **DOUG HYDE** by Video Deposition. Video played for the jury. |
|  | Mr. Eichman called **ALAN MIANO** by Video Deposition. Video played for the jury. |
|  | Mr. Eichman called **JASON PANG** by Video Deposition. Video played for the jury. |
|  | Mr. Eichman called **BENJAMIN TAFT** by Video Deposition. Video played for the jury. |
|  | Mr. Eichman called **KARL PIEPER** by Video Deposition. Video played for the jury. |
|  | Mr. Eichman called **THOMAS LOUREIRO** by Video Deposition. Video played for the jury. |

PAGE 3 - Proceedings Continued

| TIME: | MINUTES: |
|---|---|
| | Mr. Eichman called **KEVIN SCHNEIDER** by Video Deposition. Video played for the jury. (2 DIFFERENT CLIPS PLAYED) |
| | Mr. Eichman addressed the Court and subject to discrepancies in exhibit list, **PLAINTIFF RESTS.** |
| | Court addressed the Jury and will recess them until 1:00 pm. **Jury excused from the courtroom.** |
| | Court addressed the parties and inquired if the parties had any matters to bring up. |
| | Mr. Adamo addressed the Court on the Rule 50 motions. |
| | Mr. Lee addressed the Court on plaintiff's objection as to Nakamura. Mr. Dovel responded. Mr. Lee replied. Objection is overruled. |
| | Court advised parties that jury is asking for diet soda. |
| 12:00 pm | Court in recess until 1:00 p.m. |
| 1:20 pm | Trial resumed. Jury seated in the courtroom. |
| | Mr. Lee offered **Defendants' Exhibit List 1**, which list **Defendants' Exhibits #19, 24, 48, 131, 1317, 1327, 1328, 1333, 1498, 1500, 1502, 1504, 1506, 1510, 1511 & 1514.** Without objection, **Defendants' Exhibit List #1 admitted.** <br><br> Mr. Lee offered separately, **Defendants' Exhibits #121, 132, 133, 134, 135, 136, 138, 141, 142, 142, 143, 144, 262, 318, 487, 490 - 496, 499 - 501, 503 - 520, 695 - 698, 1396, 1397, 1399, 1402, 1404 & 1405**, and without objection, these exhibits admitted. |
| | Ms. Fletcher called **KARL NAKAMURA** to the witness stand. Counsel indicated witness sworn previously. Court addressed witness and indicated Clerk and Transcript did not have a record of him having been sworn, and in an abundance of caution, witness sworn. |
| | Direct examination of Mr. Nakamura by Ms. Fletcher. Mr. Dovel asked to approach the bench. Bench conference held. |
| | Direct examination of Mr. Nakamura by Ms. Fletcher continued. |
| | Ms. Fletcher passed the witness. Cross examination of Mr. Nakamura by Mr. Dovel. |
| | Mr. Dovel passed the witness. Redirect examination by Ms. Fletcher. |
| | Ms. Fletcher passed the witness. No further questions of this witness. |
| 2:35 pm | Court in recess until 2:55 p.m. |
| 3:00 | Mr. Ostrow addressed the Court and will be calling Richard Baker and Mr. Mr. Konrad will be conducting the examination. Mr. Conrad offered **Defendants' Exhibit #120**, and without objection exhibit admitted. |
| | Mr. Konrad called **RICHARD BAKER** to the witness stand. Witness sworn. |
| | Direct examination of Mr. Baker by Mr. Konrad. |

PAGE 4 - Proceedings Continued

| TIME: | MINUTES: |
|---|---|
| | Mr. Konrad passed the witness. Cross examination of Mr. Baker by Mr. Eichmann. |
| | Mr. Eichmann passed the witness. Redirect examination of Mr. Baker by Mr. Konrad. |
| | Mr. Konrad passed the witness. Recross examination of Mr. Baker by Mr. Eichmann. |
| | Mr. Eichmann passed the witness. Witness excused. |
| | Mr. Lee called **STEVEN CARLSON** to the witness stand. Witness previously sworn. Mr. Dovel asked to approach the bench. Bench conference held. |
| | Direct examination of Mr. Carlson by Mr. Lee. Mr. Lee offered **Defendants' Exhibit #588**, and with what was addressed at the bench, exhibit admitted. |
| | Mr. Lee passed the witness. Cross examination of Mr. Carlson by Mr. Dovel. Mr. Lee asked to approach the bench. Bench conference held. |
| | Cross examination of Mr. Carlson by Mr. Dovel continued. |
| | Mr. Dovel passed the witness. Redirect examination of Mr. Carlson by Mr. Lee. |
| | Mr. Lee passed the witness. Witness excused. |
| | Court addressed the jury and will recess them for the evening. Court will see them back at 9:00 a.m. Jury excused from the courtroom. |
| | Court addressed the parties and gave them their times. Plaintiff has used 8:25 and Defendants have used 6:30. Court inquired if the parties anticipate using the time left because we are falling behind. Mr. Dovel responded. Mr. Lee responded. |
| | Court would like to see counsel in chambers. Mr. Vasquez reminded Judge of the 5-minute witness. Court will proceed to hear testimony. |
| | **HEARING OUTSIDE THE PRESENCE OF THE JURY:** Mr. Vasquez called **THOMAS LOUREIRO** to the witness stand. Witness sworn. |
| | Direct examination of Mr. Loureiro by Mr. Vasquez. |
| | Mr. Vasquez passed the witness. Cross examination of Mr. Loureiro by Mr. Eichmann. |
| | Mr. Eichmann passed the witness. Redirect examination of Mr. Loureiro by Mr. Vasquez. |
| | Mr Vasquez passed the witness. |
| 5:05 pm | There being nothing further, Court adjourned for the day. Court asked to see counsel in chambers. |
| Note: | **Court conducted settlement negotiations with the parties from 5:15 pm - 9:30 pm.** |