IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC. | § § § § | |
| Plaintiff, | § § | CASE NO. 6:08CV30 |
| vs. | § § | |
| CISCO SYSTEMS, INC., ET AL | § § | |
| Defendants. | § | |

## ORDER

The Court **ORDERS** the following portions of the transcript be sealed from the public record of the proceedings:

July 15, 2010, Morning Session, line 24 of page 145 to line 9 of page 155;
July 15, 2010, Afternoon Session, line 23 of page 4 to line 20 of page 5;
July 15, 2010, Afternoon Session, line 25 of page 100 to line 8 of page 101; and
July 15, 2010, Afternoon Session, line 23 of page 119 to line 10 of page 120.

**So ORDERED and SIGNED this 16th day of July, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**