IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC. | § § § § | |
| Plaintiff, | § § | CASE NO. 6:08CV30 |
| vs. | § § | |
| CISCO SYSTEMS, INC., ET AL | § § | |
| Defendants. | § § | |

### ORDER

Previously, the Court appointed Michael T. McLemore as technical consultant to the Court in this action with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. The Court has received Mr. McLemore's invoice for services through July 21, 2010 in the amount of $15,400 and hereby **ORDERS** payment to be promptly made to Mr. McLemore at 10333 Richmond Ave., Suite 1100, Houston, TX 77042 as follows:

| | |
|---|---|
| Plaintiff: | $7,700.00 |
| Defendants: | $7,700.00 |
| TOTAL: | $15,400.00 |

As there are multiple Defendants in this matter, the Court further **ORDERS** Cisco to collect each Defendants' portions of the payment and make a single collective payment to Mr. McLemore in the amount of $7,700.00.

**So ORDERED and SIGNED this 22nd day of July, 2010.**



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE