**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,

Plaintiff,

vs.

CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation;

Defendants.

CASE NO. 6:08cv030

**JURY DEMANDED**

**ORDER OF DISMISSAL**

This cause coming before the Court for consideration on the Agreed Motion of the parties Network-1 Security Solutions, Inc. ("Network-1") and Adtran, Inc. ("Adtran") to dismiss the claims and counterclaims between Network-1 and Adtran with prejudice, the Court being apprised of the grounds therefore and being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1. All claims and counterclaims asserted in this suit between Plaintiff Network-1 and Adtran are hereby dismissed with prejudice;

2. As between Network-1 and Adtran, no costs are awarded and each party shall pay its own costs;
3. This Court retains jurisdiction to enforce the terms of the Binding Term Sheet as well as the long form Agreement to be negotiated shortly.

**So ORDERED and SIGNED this 2nd day of August, 2010.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**