UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation, | |
| Plaintiff, | CASE NO. 6:08cv030 |
| vs. | **JURY DEMANDED** |
| CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation; | |
| Defendants. | |

## ORDER OF DISMISSAL

This cause coming before the Court for consideration on the Agreed Motion of the parties Network-1 Security Solutions, Inc. ("Network-1") and Foundry Networks, Inc., now Foundry Networks, LLC, (collectively "Foundry") to dismiss the claims and counterclaims between Network-1 and Foundry with prejudice, the Court being apprised of the grounds therefore and being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1. All claims and counterclaims asserted in this suit between Plaintiff Network-1 and Foundry are hereby dismissed with prejudice;

4

2. No costs are awarded and each party shall bear its own costs;

3. This Court retains jurisdiction to enforce the terms of the Binding Term Sheet, as well as the long form Agreement to be negotiated shortly.

**So ORDERED and SIGNED this 2nd day of August, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**