UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation;<br><br>    Defendants. | CASE NO. 6:08cv030<br><br>**JURY DEMANDED** |

## ORDER OF DISMISSAL

This cause coming before the Court for consideration on the Joint Motion of the parties Network-1 Security Solutions, Inc. ("Network-1") and Extreme Networks, Inc. ("Extreme") to dismiss the claims and counterclaims between Network-1 and Extreme with prejudice, the Court being apprised of the grounds therefore and being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1. All claims and counterclaims asserted in this suit between Plaintiff Network-1 and Extreme are hereby dismissed with prejudice;

4

2. As between Network-1 and Extreme, no costs are awarded and each party shall pay its own costs;

3. This Court retains jurisdiction to enforce the terms of the underlying Settlement Agreement involving the parties.

SVI-83154v1

**So ORDERED and SIGNED this 2nd day of August, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**