**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **NETWORK-1 SECURITY SOLUTIONS, INC.** | ) | **Civil Action No.: 6:08-cv-30 (LED)** |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **JURY TRIAL** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CISCO SYSTEMS, INC., ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

<u>**DEFENDANTS CISCO SYSTEMS, INC. AND CISCO-LINKSYS, LLC'S NOTICE OF**</u>
<u>**INTENT TO REQUEST REDACTION**</u>

NOW COME, Defendants Cisco Systems, Inc. and Cisco-Linksys, LLC ("Cisco") and hereby gives notice that they plan on submitting a statement of redaction to the court reporter and filing a Motion for Additional Redactions with the Court within 21 days from the filing of the transcript with the Clerk of Court. The transcripts included are for (*i*) jury trial July 12, 2010 morning and afternoon sessions, (*ii*) jury trial July 13, 2010 morning and afternoon sessions, (*iii*) jury trial July 14, 2010 morning and afternoon sessions, and (*iv*) jury trial July 15, 2010 morning and afternoon sessions. These transcripts were reported by official court reporters Ms. Shea Sloan and Ms. Shelly Holmes.

Dated: August 5, 2010

Respectfully submitted,

By: /s/ Eric H. Findlay
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
Telephone: 903-534-1100

Fax: 903-534-1137
efindlay@findlaycraft.com

Of Counsel:

William F. Lee – Lead Attorney
(Massachusetts SBN 291960)
(admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000
william.lee@wilmerhale.com

Mark Selwyn (California SBN 244180)
(admitted *pro hac vice*)
William J. Bohler (California SBN 141970)
(admitted *pro hac vice*)
Niki Z. Moore (California SBN 244968)
(admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Tel:  (650) 858-6000
Fax:  (650) 858-6100
mark.selwyn@wilmerhale.com
william.bohler@wilmerhale.com
niki.moore@wilmerhale.com

**ATTORNEYS FOR CISCO
SYSTEMS, INC. AND CISCO-LINKSYS, LLC**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that all counsel of record who are deemed to have consented to electronic

service are being served with a copy of this document via the Court's CM/ECF system per Local

Rule CV-5(a)(3) on this the 5th day of August, 2010.

/s/ Eric H. Findlay
Eric H. Findlay