IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC. | Civil Action No.: 6:08-cv-30 (LED) |
| Plaintiff, | JURY TRIAL |
| v. | |
| CISCO SYSTEMS, INC., ET AL., | |
| Defendants. | |

## ORDER

On this day came on to be considered Cisco Systems, Inc. and Cisco-Linksys, LLC's Unopposed Motion to Withdraw Notice of Intent to Request Redaction, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Motion to Withdraw Notice of Intent to Request Redaction be granted.

**So ORDERED and SIGNED this 19th day of August, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**