# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation, | |
| Plaintiff, | Case No. 6:08cv030-LED |
| vs. | Jury Trial Requested |
| CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation, | |
| Defendants. | |

## DEFENDANT FOUNDRY NETWORKS'
## NOTICE OF CHANGE OF INTENT REGARDING REQUESTING REDACTION

Defendant Foundry Networks hereby gives notice that it no longer plans on submitting a statement of redaction to the court reporter and filing a Motion for Additional Redactions with the Court in light of the Court's Order dated August 10, 2010 (Docket No. 534).

2

Dated: August 20, 2010

                                                Respectfully submitted,

                                                */s/ John D. Hamann*

Henry C. Bunsow, Esq.
K.T. Cherian, Esq.
John D. Hamann, Esq.
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Tel: (415) 848-4900
Fax: (415) 848-4999
bunsowh@howrey.com
cheriank@howrey.com
hamannj@howrey.com

S. Calvin Capshaw, Esq.
State Bar No. 03783900
Elizabeth DeRieux, Esq.
State Bar No. 05770585
CAPSHAW DERIEUX, LLP
220 Energy Centre
1127 Judson Road
Longview, Texas 75606
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Attorneys for Defendant
**FOUNDRY NETWORKS LLC**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies (*i*) that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 20, 2010 and (*ii*) that the official court reporters for the referenced transcripts are being served via first class U.S. mail.

>    */s/ John D. Hamann*
>    John D. Hamann