# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC., a Delaware corporation, | |
| Plaintiff, | CASE NO. 6:08cv030-LED |
| vs. | **JURY DEMANDED** |
| CISCO SYSTEMS, INC., a California corporation; CISCO-LINKSYS, L.L.C., a California Limited Liability Company; ADTRAN, INC., a Delaware corporation; ENTERASYS NETWORKS, INC., a Delaware corporation; EXTREME NETWORKS, INC., a Delaware corporation; FOUNDRY NETWORKS, INC., a Delaware corporation; NETGEAR, INC., a Delaware corporation; 3COM CORPORATION, a Delaware corporation; | |
| Defendants. | |

## **ORDER OF DISMISSAL WITHOUT PREJUDICE**

This cause coming before the Court for consideration on the Joint Motion of the parties Network-1 Security Solutions, Inc. ("Network-1") and 3Com Corporation ("3Com") to dismiss Network-1's claims against 3Com without prejudice and to dismiss 3Com's claims against Network-1 without prejudice, the Court being apprised of the grounds therefore and being of the opinion that said motion should be GRANTED,

IT IS THEREFORE ORDERED that all claims against 3Com by Network-1 and against Network-1 by 3Com herein are dismissed, without prejudice to the re-filing of same; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same; and

IT IS FURTHER ORDERED that the Court retain jurisdiction over this matter with respect to any disputes regarding the settlement agreement between the parties.

**So ORDERED and SIGNED this 20th day of September, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**