IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| NETWORK-1 SECURITY SOLUTIONS, INC. | § § § § | |
| Plaintiff, | § § | CASE NO. 6:08CV30 |
| vs. | § § | |
| CISCO SYSTEMS, INC., ET AL | § § | |
| Defendants. | § § | |

## ORDER

As all defendants have been dismissed from this case, the Court **ORDERS** that this case be closed. All pending motions are denied as moot.

**So ORDERED and SIGNED this 5th day of October, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**